UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LIBERTY MUTUAL INSURANCE COMPANY,

    Plaintiff,

v.

CASE NO.

ROYAL AMERICAN MANAGEMENT, INC.;
PEOPLE'S FIRST PROPERTIES, INC.; ROYAL
AMERICAN CONSTRUCTION COMPANY, INC.;
ROYAL AMERICAN CONSTRUCTION OF N.C., INC.;
ROYAL AMERICAN DEVELOPMENT, INC.; ROYAL
AMERICAN HOSPITALITY, INC.; RAFS OF PANAMA
CITY, INC.; ROYAL AMERICAN FOOD SERVICES,
INC.; BEACH LIQUORS OF PANAMA CITY, INC.;
FIRST SERVICE CORPORATION OF PANAMA CITY,
INC., and FIRST LINKS, INC.,

    Defendants.
_____/

## COMPLAINT

Plaintiff, Liberty Mutual Insurance Company, sues Defendants, Royal American Management, Inc. (RAM); People's First Properties, Inc. (PFP); Royal American Construction Company, Inc. (RAC); Royal American Construction of N.C., Inc. (RAC NC); Royal American Development, Inc. (RAD); Royal American Hospitality, Inc. (RAH); RAFS of Panama City, Inc. (RAFS PC); Royal American Food Services, Inc. (RAFS); Beach Liquors of Panama City, Inc. (BLPC); First Service Corporation of Panama City, Inc. (FSC), and First Links, Inc. (FL) and says:

### JURISDICTION AND PARTIES

1.    This is an action for damages exceeding $75,000.00 exclusive of interest, costs and attorneys' fees, and is within the jurisdiction of this Court pursuant to 28 USC §1332.

2.    Liberty is an active Massachusetts corporation, licensed and authorized to do business in Florida, whose principal place of business is in Boston, Suffolk County, Massachusetts.

3. RAM is an active Florida corporation whose principal place of business is in Panama City, Bay County, Florida.

4. PFP is an active Florida corporation whose principal place of business is in Panama City, Bay County, Florida.

5. RAC is an active Florida corporation whose principal place of business is in Panama City, Bay County, Florida.

6. RAC NC is an active Florida corporation whose principal place of business is in Panama City, Bay County, Florida.

7. RAD is an active Florida corporation whose principal place of business is in Panama City, Bay County, Florida.

8. RAH is an active Florida corporation whose principal place of business is in Panama City, Bay County, Florida.

9. RAFS PC, a/k/a Royal American Food Service Panama City, Inc. D/B/A/ TGI Friday's, is an active Florida corporation whose principal place of business is in Panama City, Bay County, Florida.

10. RAFS is an active Florida corporation whose principal place of business is in Panama City, Bay County, Florida.

11. BLPC, a/k/a Gulf View Liquors/Beach Liquors, is an active Florida corporation whose principal place of business is in Panama City, Bay County, Florida.

12. FSC is an active Florida corporation whose principal place of business is in Panama City, Bay County, Florida.

13. FL is an active Florida corporation whose principal place of business is in Panama City, Bay County, Florida.

14. This court has jurisdiction of this matter and these parties pursuant to 28 USC §1332. Venue in this district is proper pursuant to 28 USC §1391.

## GENERAL ALLEGATIONS

15. On or about 1 January 2001, Liberty issued defendants workers compensation and employers liability policy number WA1-15D-214093-011. A copy of the policy is attached as exhibit 1.

16. The policy has a deductible endorsement that provides, among other things, that defendants are jointly and severally liable to reimburse Liberty for all sums within the deductible that are advanced by Liberty, including all allocated claims expenses and paid losses, which obligation persists until all claims submitted under the policy close.

17. Pursuant to law and the policy, Liberty has continued to administer and pay defendants' employees' claims submitted under the policy and, in the process, has advanced sums that are defendants' obligation to reimburse. The advanced sums total $194,412.29.

18. Liberty billed defendants for $194,412.29 but defendants have failed and refused to pay all or any part of the amount due.

19. Liberty has performed all of the obligations required of it under law and the policy.

20. All conditions precedent to this action have occurred or have been waived or performed.

## COUNT I
### Breach of Contract

21. Liberty realleges paragraphs 1- 20 and incorporates them as if here reiterated.

22. The policy is a contract of insurance that contains the respective rights and responsibilities of Liberty as insurer and defendants as insureds.

23. The policy provides that defendants must promptly pay all amounts for which they are responsible and reimburse Liberty for such amounts that Liberty pays or advances pursuant to

the policy, which obligations are joint and several.

24. Defendants breached their contract by failing and refusing to pay and reimburse to Liberty all amounts for which they are responsible under the policy, including allocated expenses and paid losses.

25. As a result of defendants' breach of contract, Liberty has been damaged.

WHEREFORE, Plaintiff, Liberty Mutual Insurance Company, requests the entry of joint and several judgment against Defendants, Royal American Management, Inc.; People's First Properties, Inc.; Royal American Construction Company, Inc.; Royal American Construction of N.C., Inc.; Royal American Development, Inc.; Royal American Hospitality, Inc.; RAFS of Panama City, Inc.; Royal American Food Services, Inc.; Beach Liquors of Panama City, Inc.; First Service Corporation of Panama City, Inc., and First Links, Inc., for damages in the principal amount of $194,412.29; interest; costs, and such further relief the court deems appropriate.

Dated 29 December 2010                Respectfully submitted,

_____
Mary Morris
Florida Bar No. 55573
Morris & Morris, P.A.
Attorneys for Plaintiff
777 South Flagler Drive, Suite 800- West Tower
West Palm Beach, Florida 33401-5960
Telephone Number 561.838.9811
Facsimile Number 561.828.9351
E-mail address momorris@morris-morris.com