# EXHIBIT 1



# COMMERCIAL

# POLICY

## WORKERS´ COMPENSATION AND

## EMPLOYERS´ LIABILITY POLICY FOR

WA1-15D-214093-011

Royal American Management Inc
and as per Named Insured Endorsement #1

PO Box 59117
Panama City, FL 32412-0117



# WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY

## THIS POLICY IS NONASSESSABLE



Liberty Mutual Insurance Group/Boston

FOR PROMPT INSURANCE SERVICE - CALL YOUR SERVICE
OFFICE

**THIS POLICY IS CLASSIFIED IN DIVIDEND CLASS IX WORKERS COMPENSATION AND EMPLOYERS LIABILITY**

The named insured is hereby notified that by virtue of this policy he is a member of the Liberty Mutual Insurance Company and is entitled to vote either in person or by proxy at any and all meetings of said company.

The annual meetings are held at its home office, Boston, Massachusetts on the second Wednesday of April in each year, at ten o'clock in the morning.

**Liberty Mutual Insurance Company** (A mutual insurance company, herein called the company)

In return for the payment of the premium and subject to all terms of this policy, we agree with you as follows.

## GENERAL SECTION

### A. The Policy

This policy includes at its effective date the Information Page and all endorsements and schedules listed there. It is a contract of insurance between you (the employer named in item 1 of the Information Page) and us (the insurer named on the Information Page). The only agreements relating to this insurance are stated in this policy. The terms of this policy may not be changed or waived except by endorsement issued by us to be part of this policy.

### B. Who Is Insured

You are insured if you are an employer named in item 1 of the Information Page. If that employer is a partnership, and if you are one of its partners, you are insured, but only in your capacity as an employer of the partnership's employees.

### C. Workers Compensation Law

Workers Compensation Law means the workers or workmen compensation law and occupational disease law of each state or territory named in Item 3.A. of the Information Page. It includes any amendments to that law which are in effect during the policy period. It does not include any federal workers or workmen's compensation law, any federal occupational disease law or the provisions of any law that provide nonoccupational disability benefits.

### D. State

State means any state of the United States of America, and the District of Columbia.

### E. Locations

This policy covers all of your workplaces listed in items 1 or 4 of the Information Page; and it covers all other workplaces in item 3.A. states unless you have other insurance or are self-insured for such workplaces.

## PART ONE - WORKERS COMPENSATION INSURANCE

### A. How This Insurance Applies

This workers compensation insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1.  Bodily injury by accident must occur during the policy period.

2.  Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

### B. We Will Pay

GPO 4029 R1
15628
(4-1-92)  **WC1**   Printed in U.S.A

Copyright 1991 National Council on Compensation Insurance        **WC 00 00 00 A**

 

We will pay promptly when due the benefits required of you by the workers compensation law.

### C. We Will Defend

We have the right and duty to defend at our expense any claim, proceeding or suit against you for benefits payable by this insurance. We have the right to investigate and settle these claims, proceedings or suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance.

### D. We Will Also Pay

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding or suit we defend:

1. reasonable expenses incurred at our request, but not loss of earnings;

2. premiums for bonds to release attachments and for appeal bonds in bond amounts up to the amount payable under this insurance;

3. litigation costs taxed against you;

4. interest on a judgment as required by law until we offer the amount due under this insurance; and

5. expenses we incur.

### E. Other Insurance

We will not pay more than our share of benefits and costs covered by this insurance and other insurance or self-insurance. Subject to any limits of liability that may apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance will be equal until the loss is paid.

### F. Payments You Must Make

You are responsible for any benefits in excess of the payments regularly provided by the workers compensation law including those required because:

1. of your serious and willful misconduct;

2. you knowingly employ an employee in violation of law;

3. you fail to comply with a health or safety law or regulation; or

4. you discharge, coerce or otherwise discriminate against any employee in violation of the workers compensation law.

- If we make any payments in excess of the benefits regularly provided by the workers compensation law on your behalf, you will reimburse us promptly.

### G. Recovery From Others

We have your rights, and the rights of persons entitled to the benefits of this insurance, to recover our payments from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

### H. Statutory Provisions

These statements apply where they are required by law.

1. As between an injured worker and us, we have notice of the injury when you have notice.

2. Your default or the bankruptcy or insolvency of you or your estate will not relieve us of our duties under this insurance after an injury occurs.

3. We are directly and primarily liable to any person entitled to the benefits payable by this insurance. Those persons may enforce our duties; so may an agency authorized by law. Enforcement may be against us or against you and us.

GPO 4029 R1
15628
(4-1-92) **WC1** Printed In U.S.A

Copyright 1991 National Council on Compensation Insurance **WC 00 00 00 A**

 

4. Jurisdiction over you is jurisdiction over us for purposes of the workers compensation law. We are bound by decisions against you under that law, subject to the provisions of this policy that are not in conflict with that law.

5. This insurance conforms to the parts of the workers compensation law that apply to:

   a. benefits payable by this insurance;

   b. special taxes, payments into security or other special funds, and assessments payable by us under that law.

6. Terms of this insurance that conflict with the workers compensation law are changed by this statement to conform to that law.

Nothing in these paragraphs relieves you of your duties under this policy.

## PART TWO - EMPLOYERS LIABILITY INSURANCE

### A. How This Insurance Applies

This employers liability insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. The bodily injury must arise out of and in the course of the injured employee's employment by you.

2. The employment must be necessary or incidental to your work in a state or territory listed in item 3.A. of the Information Page.

3. Bodily injury by accident must occur during the policy period.

4. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

5. If you are sued, the original suit and any related legal actions for damages for bodily injury by accident or by disease must be brought in the United States of America, its territories or possessions, or Canada.

### B. We Will Pay

We will pay all sums you legally must pay as damages because of bodily injury to your employees, provided the bodily injury is covered by this Employers Liability Insurance.

The damages we will pay, where recovery is permitted by law, include damages:

1. for which you are liable to a third party by reason of a claim or suit against you by that third party to recover the damages claimed against such third party as a result of injury to your employee;

2. for care and loss of services; and

3. for consequential bodily injury to a spouse, child, parent, brother or sister of the injured employee;

provided that these damages are the direct consequence of bodily injury that arises out of and in the course of the injured employee's employment by you; and

4. because of bodily injury to your employee that arises out of and in the course of employment, claimed against you in a capacity other than as employer.

### C. Exclusions

This insurance does not cover:

1. liability assumed under a contract. This exclusion does not apply to a warranty that your work will be done in a workmanlike manner;

2. punitive or exemplary damages because of bodily injury to an employee employed in violation of law;

3. bodily injury to an employee while employed in violation of law with your actual knowledge or the actual knowledge of any of your executive officers;

Page 3

 

4. any obligation imposed by a workers compensation, occupational disease, unemployment compensation, or disability benefits law, or any similar law;

5. bodily injury intentionally caused or aggravated by you;

6. bodily injury occuring outside the United States of America, its territories or possessions, and Canada. This exclusion does not apply to bodily injury to a citizen or resident of the United States of America or Canada who is temporarily outside these countries;

7. damages arising out of coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any employee, or any personnel practices, policies, acts or omissions.

8. bodily injury to any person in work subject to the Longshore and Harbor Workers' Compensation Act (33 USC Sections 901-950), the Nonappropriated Fund Instrumentalities Act (5 USC Sections 8171-8173), the Outer Continental Shelf Lands Act (43 USC Sections 1331-1356), the Defense Base Act (42 USC Sections 1651-1654), the Federal Coal Mine Health and Safety Act of 1969 (30 USC Sections 901-942), any other federal workers or workmen's compensation law or other federal occupational disease law, or any amendments to these laws,

9. bodily injury to any person in work subject to the Federal Employers' Liability Act (45 USC Sections 51-60), any other federal laws obligating an employer to pay damages to an employee due to bodily injury arising out of or in the course of employment, or any amendments to those laws.

10. bodily injury to a master or member of the crew of any vessel.

11. fines or penalties imposed for violation of federal or state law.

12. damages payable under the Migrant and Seasonal Agricultural Worker Protection Act (29 USC Sections 1801-1872) and under any other federal law awarding damages for violation of those laws or regulations issued thereunder, and any amendments to those laws.

## D. We Will Defend

We have the right and duty to defend, at our expense, any claim, proceeding or suit against you for damages payable by this insurance. We have the right to investigate and settle these claims, proceedings and suits.

We have no duty to defend a claim. proceeding or suit that is not covered by this insurance. We have no duty to defend or continue defending after we have paid our applicable limit of liability under this insurance.

## E. We Will Also Pay

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding, or suit we defend:

1. reasonable expenses incurred at our request, but not loss of earnings;

2. premiums for bonds to release attachments and for appeal bonds in bond amounts up to the limit of our liability under this insurance;

3. litigation costs taxed against you;

4. interest on a judgment as required by law until we offer the amount due under this insurance; and

5. expenses we incur.

## F. Other Insurance

We will not pay more than our share of damages and costs covered by this insurance and other insurance or self-insurance. Subject to any limits of liability that apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance and self-insurance will be equal until the loss is paid.

## G. Limits of Liability

Our liability to pay for damages is limited. Our limits of liability are shown in item 3.B. of the Information Page. They apply as explained below.

1. Bodily Injury by Accident. the limit shown for "bodily injury by accident-each accident" is the most we will pay for all damages covered by this insurance because of bodily injury to one or more

Page 4

 

employees in any one accident. A disease is not bodily injury by accident unless it results directly from bodily injury by accident.

2. Bodily Injury by Disease. The limit shown for "bodily injury by disease-policy limit" is the most we will pay for all damages covered by this insurance and arising out of bodily injury by disease, regardless of the number of employees who sustain bodily injury by disease. The limit shown for "bodily injury by disease-each employee" is the most we will pay for all damages because of bodily injury by disease to any one employee.

   Bodily injury by disease does not include disease that results directly from a bodily injury by accident.

3. We will not pay any claims for damages after we have paid the applicable limit of our liability under this insurance.

### H. Recovery From Others

We have your rights to recover our payment from anyone liable for an injury covered by this insurance. You will do everything necessary to protect those rights for us and to help us enforce them.

### I. Actions Against Us

There will be no right of action against us under this insurance unless:

1. You have complied with all the terms of this policy; and

2. The amount you owe has been determined with our consent or by actual trial and final judgement.

This insurance does not give anyone the right to add us as a defendant in an action against you to determine your liability. The bankruptcy or insolvency of you or your estate will not relieve us of our obligations under this Part.

## PART THREE - OTHER STATES INSURANCE

### A. How This Insurance Applies

1. This other states insurance applies only if one or more states are shown in item 3.C. of the Information Page.

2. If you begin work in any one of those states after the effective date of this policy and are not insured or are not self-insured for such work, all provisions of the policy will apply as though that state were listed in Item 3.A. of the Information Page.

3. We will reimburse you for the benefits required by the workers compensation law of that state if we are not permitted to pay the benefits directly to persons entitled to them.

4. If you have work on the effective date of this policy in any state not listed in Item 3.A. of the information Page, coverage will not be afforded for that state unless we are notified within thirty days.

### B. Notice

Tell us at once if you begin work in any state listed in item 3.C. of the Information Page.

## PART FOUR - YOUR DUTIES IF INJURY OCCURS

Tell us at once if injury occurs that may be covered by this policy. Your other duties are listed here.

1. Provide for immediate medical and other services required by the workers compensation law.

2. Give us or our agent the names and addresses of the injured persons and of witnesses, and other information we may need.

3. Promptly give us all notices, demands and legal papers related to the injury, claim, proceeding or suit.

4. Cooperate with us and assist us, as we may request, in the investigation, settlement or defense of any claim, proceeding or suit.

5. Do nothing after an injury occurs that would interfere with our right to recover from others.

 

6. Do not voluntarily make payments, assume obligations or incur expenses, except at your own cost.

## PART FIVE - PREMIUM

### A. Our Manuals

All premium for this policy will be determined by our manuals of rules, rates, rating plans and classifications. We may change our manuals and apply the changes to this policy if authorized by law or a governmental agency regulating this insurance.

### B. Classifications

Item 4 of the Information Page shows the rate and premium basis for certain business or work classifications. These classifications were assigned based on an estimate of the exposures you would have during the policy period . If your actual exposures are not properly described by those classifications, we will assign proper classifications, rates and premium basis by endorsement to this policy.

### C. Remuneration

Premium for each work classification is determined by multiplying a rate times a premium basis. Remuneration is the most common premium basis. This premium basis includes payroll and all other remuneration paid or payable during the policy period for the services of:

1. all your officers and employees engaged in work covered by this policy; and

2. all other persons engaged in work that could make us liable under Part One (Workers Compensation Insurance) of this policy. If you do not have payroll records for these persons, the contract price for their services and materials may be used as the premium basis. This paragraph 2 will not apply if you give us proof that the employers of these persons lawfully secured their workers compensation obligations.

### D. Premium Payments

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid.

### E. Final Premium

The premium shown on the Information Page, schedules, and endorsements is an estimate. The final premium will be determined after this policy ends by using the actual, not the estimated, premium basis and the proper classifications and rates that lawfully apply to the business and work covered by this policy. If the final premium is more than the premium you paid to us, you must pay us the balance. If it is less, we will refund the balance to you. The final premium will not be less than the highest minimum premium for the classifications covered by this policy.

If this policy is cancelled, final premium will be determined in the following way unless our manauls provide otherwise.

1. If we cancel, final premium will be caculated pro-rata based on the time this policy was in force. Final premium will not be less than the pro-rata share of the minimum premium.

2. If you cancel, final premium will be more than pro-rata; it will be based on the time this policy was in force, and increased by our short rate cancelation table and procedure. Final premium will not be less than the minimum premium.

### F. Records

You will keep records of information needed to compute premium. You will provide us with copies of those records when we ask for them.

### G. Audit

You will let us examine and audit all your records that relate to this policy. These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data. We may conduct the audit during regular business hours during the policy period and within three years after the policy period ends. Information developed by audit will be used to determine final premium. Insurance rate service organizations have the same rights we have under this provision.

## PART SIX - CONDITIONS

### A. Inspection

We have the right, but are not obliged to inspect your workplaces at any time. Our inspections are not safety inspections. They relate only to the insurability of the workplaces and the premiums to be charged. We may give you reports on the conditions we find. We may also recommend changes. While they may help reduce losses, we do not undertake to perform the duty of any person to provide for the health or safety of your employees or the public. We do not warrant that your workplaces are safe or healthful or that they comply with laws, regulations, codes or standards. Insurance rate service organizations have the same rights we have under this provision.

### B. Long Term Policy

If the policy period is longer than one year and sixteen days, all provisions of this policy will apply as though a new policy were issued on each annual anniversary that this policy is in force.

### C. Transfer of Your Rights and Duties

Your rights or duties under this policy may not be transferred without our written consent.

If you die and we receive notice within thirty days after your death, we will cover your legal representative as insured.

### D. Cancelation

1. You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancelation is to take effect.

2. We may cancel this policy. We must mail or deliver to you not less than ten days advance written notice stating when the cancelation is to take effect. Mailing that notice to you at your mailing address shown in item 1 of the Information Page will be sufficient to prove notice.

3. The policy period will end on the day and hour stated in the cancelation notice.

4. Any of these provisions that conflicts with a law that controls the cancelation of the insurance in this policy is changed by this statement to comply with that law.

### E. Sole Representative

The insured first named in Item 1 of the Information Page will act on behalf of all insureds to change this policy, receive return premium, and give or receive notice of cancelation.

In witness whereof, the company has caused this policy to be signed by its President and its Secretary at Boston, Massachusetts, and countersigned on the Information Page by a duly authorized representative of the company.

*Barry S. Gilton*  *Edmund F. Kelly*
SECRETARY                      PRESIDENT

ISSUING OFFICE 0555
**INFORMATION PAGE**

 **LIBERTY MUTUAL.**

Workers Compensation and
Employers Liability Policy

| ACCOUNT NO. 5-214093 | SUB ACCT NO. 0000 | Liberty Mutual Insurance Group/Boston    SUBJECT TO DEDUCTIBLE |
|---|---|---|
| | | Liberty Mutual Insurance Company        15628 |

| POLICY NO. | | TD/CD | SALES OFFICE | CODE | SALES REPRESENTATIVE | CODE | N/R | 1ST YEAR |
|---|---|---|---|---|---|---|---|---|
| WA1-15D-214093-011 | | 32/0 | JACKSONVILLE, | F538 | CARNES, SCOTT | 7759 | 2 | 1999 |

Item 1. Name of **Royal American Management Inc**
Insured **and as per Named Insured Endorsement #1**

                                       FEIN 591223845

    Address **PO Box 59117**
             **Panama City, FL 32412-0117**           RISK ID 917174938

    Status   **Corporation**

    Other workplaces not shown above:  **See Item 4**

Item 2. Policy Period: From   **Mo.** 01  **Day** 01  **Year** 2001  to  **Mo.** 01  **Day** 01  **Year** 2002
                         **12:01 am**          standard time at the address of the insured as stated herein.

Item 3. Coverage

  A. Workers Compensation Insurance: Part One of the policy applies to the Workers Compensation Law of the states
     listed here:

     **AL FL GA NC SC**

  B. Employers Liability Insurance: Part Two of the policy applies to work in each state listed in item 3.A. The limits
     of our liability under Part Two are:

               Bodily Injury by Accident $   **100,000**  each accident
               Bodily Injury by Disease  $   **500,000**  policy limit
               Bodily Injury by Disease  $   **100,000**  each employee

  C. Other States Insurance: Part Three of the policy applies to the states, if any, listed here:
     **Not Applicable**

  D. This policy includes these endorsements and schedules:  **SEE EXTENSION OF INFORMATION PAGE**
                                                  **AND DEDUCTIBLE ENDORSEMENTS ATTACHED**

Item 4. Premium — The premium for this policy will be determined by our Manuals of Rules, Classifications, Rates
and Rating Plans. All information required below is subject to verification and change by audit.

| Classifications | Code No. | Premium Basis — Estimated Total Annual Remuneration | Rates — Per $100 of Re-muneration | LINE 140 — Estimated Annual Premiums |
|---|---|---|---|---|
| SEE EXTENSION OF INFORMATION PAGE | | | | |

| | | |
|---|---|---|
| Minimum Premium $ 850   (NC) | Total Estimated Annual Premium $ | 299,834 |
| Interim adjustment of premium shall be made:  **Annual** | Deposit Premium  $ | 299,834 |

This policy, including all endorsements issued therewith, is hereby countersigned by _____
                                                                Authorized Representative       Date

| Loc. Code | Term. Oper. | EMB | Audit Basis | Periodic Payment | Rating Basis | Pol. H.G. | Home State | Dividend | Renewal Of |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | 6 | | | DED | | FL | | WA1-15D-214093-010 |

GPO 4030 R1

Item 3. Coverage D - Extension  Information Page 

## Miscellaneous Form and Endorsement Schedule

| Policy Notices and Applications |

**Form Number**     **Form Name**

BS 971 R1        Notice of Election to Accept or Reject an Insurance
                 Deductible for Alabama Workers Compensation Law
WPCCR7           Florida Contracting Classification Premium Adjustment
                 Program
GPO 4724         Application for Drug and Alcohol Free Workplace Premium
                 Credit Program
GPO 4662 R3      Loss Prevention Services
GPO 4102         Florida Important Information to Policyholders
GPO 4594         Florida Important Information to Policyholders
GPO 4663 R1      Florida Policyholder Notice

| Policy Schedules |

**Form Number**     **Form Name**

WC 00 00 01 A    Information Page (1 YR)
GPO 4741         Miscellaneous Form and Endorsement Schedule
GPO 2923         Item 4. Premium - Extension of Information Page
GPO 2926         U.S.L. and H.W. Compensation Act Schedule

| Policy Endorsements |

**Form Number**     **Form Name**

102              Name of Insured Endorsement
WC 00 01 06 A    Longshore and Harbor Workers' Compensation Act Coverage
WC 00 03 11 A    Voluntary Compensation and Employers Liability Coverage
WC 00 03 13      Waiver of Our Right to Recover From Others
WC 00 04 03      Experience Rating Modification Factor
WC 00 04 12      Contingent Experience Rating Modification Factor
WC 00 04 14      Notification of Change in Ownership
WC 09 04 01      Florida Contracting Classification Premium Adjustment
WC 09 04 02      Florida Experience Rating Modification Factor
WC 09 06 06      Florida Employment and Wage Information Release
WC 10 06 01 A    Georgia Cancelation, Nonrenewal and Change Endorsement
WC 32 03 01 A    North Carolina Amended Coverage
WC 99 04 37 R2   Amendatory Endorsement
WC 99 06 26 R2   Deductible Endorsement
WC 99 06 28 R2   Deductible Endorsement
WC 99 06 34      North Carolina Notice of Cancellation

Item 3. Coverage D - Extension Information Page

## Miscellaneous Form and Endorsement Schedule

Continued:

| Policy Endorsements |
|---|

**Form Number**     **Form Name**

GPO 4029 R1    WC Company 1 Jacket (GPO 4029 R1)

Item 3. Coverage D - Extension of Information Page 

Miscellaneous Form and Endorsement Schedule

| Policy Schedules |
|---|

**Form Number**          **Form Name**

GPO 4741          Miscellaneous Form and Endorsement Schedule

| Policy Endorsements |
|---|

| **Form Number** | **Form Name** | **End Serial No.** | **Comments** |
|---|---|---|---|
| WC 99 06 04 | Miscellaneous Change<br>Endorsement | End.  17 | |

Item 3. Coverage D - Extension of Information Page 

## Miscellaneous Form and Endorsement Schedule

| Policy Schedules |
| --- |

| Form Number | Form Name |
| --- | --- |
| GPO 4741 | Miscellaneous Form and Endorsement Schedule |
| GPO 2923 | Item 4.  Premium - Extension of Information Page (NC State Specific) |
| GPO 2923 | Item 4.  Premium - Extension of Information Page (SC State Specific) |
| GPO 2923 | Item 4.  Premium - Extenstion of Information Page (GA State Specific) |
| GPO 2923 | Item 4.  Premium - Extension of Information Page (FL State Specific) |
| GPO 2923 | Item 4. Premium - Extension of Information Page (AL State Specific) |

| Policy Endorsements |
| --- |

| Form Number | Form Name | End Serial No. | Comments |
| --- | --- | --- | --- |
| WC 99 06 04 | Miscellaneous Change Endorsement | End.  18 | |
| WC 00 04 19 | Premium Due Date Endorsement | End.  19 | |

Item 3. Coverage D - Extension of Information Page

Miscellaneous Form and Endorsement Schedule

| Policy Schedules |
| --- |

| Form Number | Form Name |
| --- | --- |
| GPO 4741 | Miscellaneous Form and Endorsement Schedule |
| GPO 2923 | Item 4. Premium - Extension of Information Page (FL State Specific) |

| Policy Endorsements |
| --- |

| Form Number | Form Name | End Serial No. | Comments |
| --- | --- | --- | --- |
| WC 99 06 04 | Miscellaneous Change Endorsement | End. 20 | |

Policy No. WA1-15D-214093-011

GPO 4741
Ed.01/01/2001

Page 1

WC 00 00 01 A

Item 4. Premium - Extension of formation Page 

| Classification of Operations | Class Code | Premium Basis | Rate Per $100 | Estimated Premium |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | | Payroll - Unless otherwise indicated<br>a) Flat Charge<br>b) Per Capita<br>c) Passenger Seat<br>d) Premium<br>e) Other | | |
| **Alabama** | | | | |
| Building Operation By Owner, Lessee, or Real Estate Management Firm: Professional Employees, Property Managers and Leasing Agents & Clerical, Salespersons | 9012 | 87,700 | 1.39 | 1,219 |
| Buildings - Operation By Owner or Lessee or Real Estate Management Firm: All Other Employees | 9015 | 77,000 | 7.10 | 5,467 |
| Manual Premium | | | | $6,686 |
| Large Deductible Credit | 9664 | | .66 | (4,413) |
| Drug Free Workplace Premium Credit Program | 9841 | | .05 | (114) |
| Subject Premium | | | | $2,159 |
| Experience Modification (.93 CNTG) | 9898 | d) 2,159 | | (151) |
| Modified Premium | | | | $2,008 |
| Standard Premium | | | | $2,008 |
| Estimated Premium | | | | $2,008 |
| **Florida** | | | | |
| **Panama City: 1002 W. 23rd Street** | | | | |
| Club - Country, Golf, Fishing or Yacht - & Clerical | 9060 | 227,800 | 4.57 | 10,410 |
| Aircraft or Helicopter Operation: Transportation of Personnel In Conduct of Employer's Business: Flying Crew | 7421 | 22,500 | 4.71 | 1,060 |
| Farm: Field Crops & Drivers | 0037 | 51,700 | 16.34 | 8,448 |
| Domestic Workers - Outside - Including Private Chauffeurs | 0912 | b) 1.00 | 685.00 | 685 |
| Domestic Workers - Inside | 0913 | b) 6.00 | 610.00 | 3,660 |
| Contractor - Executive Supervisor or Construction Superintendent | 5606 | 692,800 | 4.76 | 32,977 |
| Carpentry - Dwellings - Three Stories or Less | 5651 | 288,500 | 30.50 | 87,993 |

Policy No. WA1-15D-214093-011

GPO 2923

WC 00 00 01 A

Item 4. Premium - Extension of Information Page

| Classification of Operations | | Premium Basis | Rate | |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | Class Code | Payroll · Unless otherwise indicated a) Flat Charge b) Per Capita c) Passenger Seat d) Premium e) Other | Payroll- Per $100 | Estimated Premium |
| Continued: | | | | |
| Florida | | | | |
| Excavation & Drivers | 6217 | 1,347,900 | 14.27 | 192,345 |
| Store: Retail NOC | 8017 | 46,800 | 3.29 | 1,540 |
| Automobile Service or Repair Center & Drivers | 8380 | 72,600 | 6.99 | 5,075 |
| Salespersons, Collectors or Messengers - Outside | 8742 | 513,800 | 1.10 | 5,652 |
| Clerical Office Employees NOC | 8810 | 3,072,400 | .59 | 18,127 |
| Building Operation By Owner, Lessee, or Real Estate Management Firm: Professional Employees, Property Managers and Leasing Agents & Clerical, Salespersons | 9012 | 2,913,200 | 1.26 | 36,706 |
| Buildings - Operation By Owner or Lessee or Real Estate Management Firm: All Other Employees | 9015 | 3,222,400 | 9.07 | 292,272 |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | 3,043,500 | 6.91 | 210,306 |
| Hotel: Restaurant Employees | 9058 | 714,100 | 5.02 | 35,848 |
| Restaurant NOC | 9082 | 1,711,600 | 4.99 | 85,409 |
| Bar, Discotheque, Lounge, Night Club or Tavern | 9084 | 51,800 | 5.46 | 2,828 |
| Subject to Voluntary Compensation Endorsement | | | | |
| Salespersons, Collectors or Messengers - Outside | 8742 | If Any | 1.10 | 0 |
| Manual Premium | | | | $1,031,341 |
| Waiver of Subrogation Premium | 0930 | | | 250 |
| Large Deductible Credit | 9664 | | .68 | (701,312) |
| Employer Safety Premium Credit Program | 9765 | | .02 | (6,606) |
| Drug Free Workplace Premium Credit Program | 9841 | | .05 | (16,171) |
| Subject Premium | | | | $307,502 |

Item 4. Premium - Extension of formation Page  

| Classification of Operations | | Premium Basis | Rate | |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | Class Code | Payroll - Unless otherwise indicated a) Flat Charge b) Per Capita c) Passenger Seat d) Premium e) Other | Payroll Per $100 | Estimated Premium |
| **Continued:** | | | | |
| **Florida** | | | | |
| Experience Modification(.93 CNTG) | 9898 | d)        307,502 | | (21,525) |
| Modified Premium | | | | $285,977 |
| Standard Premium | | | | $285,977 |
| Estimated Premium | | | | $285,977 |
| **Georgia** | | | | |
| Building Operation By Owner, Lessee, or Real Estate Management Firm: Professional Employees, Property Managers and Leasing Agents & Clerical, Salespersons | 9012 | 197,800 | .63 | 1,246 |
| Buildings - Operation By Owner or Lessee or Real Estate Management Firm: All Other Employees | 9015 | 251,900 | 6.06 | 15,265 |
| Manual Premium | | | | $16,511 |
| Large Deductible Credit | 9664 | | .68 | (11,227) |
| Subject Premium | | | | $5,284 |
| Experience Modification(.93 CNTG) | 9898 | d)          5,284 | | (370) |
| Modified Premium | | | | $4,914 |
| Standard Premium | | | | $4,914 |
| Estimated Premium | | | | $4,914 |
| **North Carolina** | | | | |
| Contractor - Executive Supervisor or Construction Superintendent | 5606 | 98,400 | 4.83 | 4,753 |
| Clerical Office Employees NOC | 8810 | 19,000 | .38 | 72 |
| Building Operation By Owner, Lessee, or Real Estate Management Firm: Professional Employees, Property Managers and Leasing Agents & Clerical, Salespersons | 9012 | 279,800 | .89 | 2,490 |

Policy No. WA1-15D-214093-011

GPO 2923

WC 00 00 01 A

Item 4. Premium - Extension of Information Page 

| Classification of Operations | Class Code | Premium Basis | Rate | Estimated Premium |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | | Payroll - Unless otherwise indicated<br>a) Flat Charge<br>b) Per Capita<br>c) Passenger Seat<br>d) Premium<br>e) Other | Payroll-<br>Per $100 | |
| Continued: | | | | |
| North Carolina | | | | |
| Buildings - Operation By Owner or Lessee or Real Estate Management Firm: All Other Employees | 9015 | 255,400 | 4.13 | 10,548 |
| Carpentry - Dwellings - Three Stories or Less | 5651 | 6,500 | 13.61 | 885 |
| Manual Premium | | | | $18,748 |
| Large Deductible Credit | 9664 | | .62 | (11,624) |
| Subject Premium | | | | $7,124 |
| Experience Modification (.93 CNTG) | 9898 | d) 7,124 | | (499) |
| Modified Premium | | | | $6,625 |
| Standard Premium | | | | $6,625 |
| Expense Constant | 0900 | | | 210 |
| Estimated Premium | | | | $6,835 |
| South Carolina | | | | |
| Clerical Office Employees NOC | 8810 | 13,200 | .32 | 42 |
| Buildings - Operation By Owner or Lessee or Real Estate Management Firm: All Other Employees | 9015 | 4,900 | 4.78 | 234 |
| Manual Premium | | | | $276 |
| Large Deductible Credit | 9664 | | .611 | (169) |
| Subject Premium | | | | $107 |
| Experience Modification (.93 CNTG) | 9898 | d) 107 | | (7) |
| Modified Premium | | | | $100 |
| Standard Premium | | | | $100 |
| Estimated Premium | | | | $100 |

Item 4. Premium - Extension of Information Page 

## UNITED STATES LONGSHORE AND HARBOR
## WORKERS   COMPENSATION ACT - INCIDENTAL

| States | Percent of increase - non-Federal rates | States | Percent of increase - non-Federal rates |
|--------|------------------------------------------|--------|------------------------------------------|
| Alabama | 158.0% | North Carolina | 99.0% |
| Florida | 298.0% | South Carolina | 109.0% |
| Georgia | 101.0% | | |

Policy No. WA1-15D-214093-011

GPO 2926

Page No. 5

WC 00 00 01 A

# NAMED INSURED ENDORSEMENT
## THIS ENDORSEMENT CHANGES THE POLICY PLEASE READ CAREFULLY

All names and addresses are replaced with the following:

See attached schedule

This endorsement is executed by the company below designated by an entry in the box opposite its name.

|   |   |   |
|---|---|---|
| X | 15628 | Liberty Mutual Insurance Company |
|   | 16586 | Liberty Mutual Fire Insurance Company |
|   | 21814 | Liberty Insurance Corporation |
|   | 27243 | LM Insurance Corporation |
|   | 27359 | The First Liberty Insurance Corporation |

Premium

Policy Effective Date 01-01-01          Policy Expiration Date 01-01-02

Endorsement. Effective Date          Endorsement Expiration Date

For Attachment to Policy or Bond No WA1-15D-214093-011

Audit Basis 6

Issued To Royal American Management Inc.
PO Box 59117
Panama City, FL 32412-0117

Countersigned by.......................................................................................................

102          Authorized Representative

Page No. 1 of 2

Issued          Sales Office and No.          End. Serial No. 1
EMB 3-30-01          Jacksonville, FL

 

## Name of Insured Endorsement

It is agreed that the name of the Insured is as follows:

Royal American Management, Inc.
FEIN# 591886258

Peoples First Properties, Inc.
FEIN# 593020789

Royal American Construction Company, Inc.
FEIN# 591223845

Royal American Construction of N.C., Inc.
FEIN# 591989133

Royal American Development, Inc.
FEIN# 591871422

Royal American Hospitality, Inc.
FEIN# 593212430

Royal American Food Service Panama City, Inc. D/B/A TGI Friday's
FEIN# 593434520

Royal American Food Services, Inc.
FEIN# 593385525

Gulf View Liquors/Beach Liquors
FEIN# 591970698

First Service Corporation of Panama City, Inc.
FEIN# 592506423

First Links, Inc. D/B/A Nature Walk Golf Course
FEIN# 593619058

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY**

### LONGSHORE AND HARBOR WORKERS'
### COMPENSATION ACT COVERAGE ENDORSEMENT

This endorsement applies only to work subject to the Longshore and Harbor Workers' Compensation Act in a state shown in the Schedule. The policy applies to that work as though that state were listed in item 3.A of the Information Page.

General Section C. **Workers' Compensation Law** is replaced by the following:

### C.    **Workers' Compensation Law**

Workers' Compensation Law means the workers or workmen's compensation law and occupational disease law of each state or territory named in Item 3.A. of the Information Page and the Longshore and Harbor Workers' Compensation Act (33 USC Sections 901-950). It includes any amendments to those laws that are in effect during the policy period. It does not include any other federal workers or workmen's compensation law, other federal occupational disease law or the provisions of any law that provide nonoccupational disability benefits.

Part Two (Employers Liability Insurance), C. Exclusions., exclusion 8, does not apply to work subject to the Longshore and Harbor Workers' Compensation Act.

This endorsement does not apply to work subject to the Defense Base Act, the Outer Continental Shelf Lands Act, or the Nonappropriated Fund Instrumentalities Act.

|  | Schedule | Longshore and Harbor Workers' Compensation Act Coverage Percentage |
|---|---|---|

**State**

**REFER TO SCHEDULE GPO 2926 FOR STATES AND PERCENTAGES**

The rates for classifications with code numbers not followed by the letter "F" are rates for work not ordinarily subject to the Longshore and Harbor Workers' Compensation Act. If this policy covers work under such classifications and if the work is subject to the Longshore and Harbor Workers Compensation Act, those non-F classification rates will be increased by the Longshore and Harbor Workers' Compensation Act Coverage Percentage shown in the Schedule.

This endorsement is executed by the  **Liberty Mutual Insurance Company**

Premium $

Effective Date.                         Expiration Date

For attachment to Policy No.   **WA1-15D-214093-011**

Audit Basis

Issued To

1                                        Countersigned by ..............................................................
                                                                                    Authorized Representative

              Issued                     Sales Office and No.          End. Serial No.   2

**WC 00 01 06 A**
(Ed. 4-92)

Copyright 1983, 1991 National Council on Compensation Insurance.

 

# VOLUNTARY COMPENSATION AND EMPLOYERS LIABILITY COVERAGE ENDORSEMENT

This endorsement adds Voluntary Compensation Insurance to the policy.

## A. How This Insurance Applies

This insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. The bodily injury must be sustained by an employee included in the group of employees described in Item 1 of the Schedule.

2. The bodily injury must arise out of and in the course of employment necessary or incidental to work in a state listed in Item 1 of the Schedule.

3. The bodily injury must occur in the United States of America, its territories or possessions, or Canada, and may occur elsewhere if the employee is a United States or Canadian citizen temporarily away from those places.

4. Bodily injury by accident must occur during the policy period.

5. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

## B. We Will Pay

We will pay an amount equal to the benefits that would be required of you if you and your employees described in Item 1 the Schedule were subject to the workers compensation law shown in Item 1 of the Schedule. We will pay those amounts to the persons who would be entitled to them under the law.

## C. Exclusions

This insurance does not cover:

1. any obligation imposed by a workers compensation or occupational disease law, or any similar law.

2. bodily injury intentionally caused or aggravated by you.

**WC 00 03 11 A**
Page 1 of 3
Copyright 1991 National Council on Compensation Insurance

 

# VOLUNTARY COMPENSATION AND EMPLOYERS LIABILITY COVERAGE ENDORSEMENT

D. **Before We Pay**

Before we pay benefits to the persons entitled to them, they must:

1.  Release you and us, in writing, of all responsibility for the injury or death.

2.  Transfer to us their right to recover from others who may be responsible for the injury or death.

3.  Cooperate with us and do everything necessary to enable us to enforce the right to recover from others.

If the persons entitled to the benefits of this insurance fail to do those things, our duty to pay ends at once. If they claim damages from you or from us for the injury or death, our duty to pay ends at once.

E. **Recovery From Others**

If we make a recovery from others, we will keep an amount equal to our expenses of recovery and the benefits we paid. We will pay the balance to the persons entitled to it. If the persons entitled to the benefits of this insurance make a recovery from others, they must reimburse us for the benefits we paid them.

F. **Employers Liability Insurance**

Part Two (Employers Liability Insurance) applies to bodily injury covered by this endorsement as though the State of employment shown in the Schedule were shown in Item 3.A. of the Information Page.

**WC 00 03 11 A**
Page 2 of 3
Copyright 1991 National Council on Compensation Insurance

 

# VOLUNTARY COMPENSATION AND EMPLOYERS LIABILITY COVERAGE ENDORSEMENT

## Schedule

| Employees | State of Employment | Designated Workers' Compensation Law |
|---|---|---|
| All Employees Excluding Domestic Workers | All States Except NJ-WI | State of Hire |

This endorsement is executed by the Liberty Mutual Insurance Company          **15628**

Premium $

Effective Date                    Expiration Date

For attachment to Policy No. WA1-15D-214093-011

Countersigned by_____
                                    Authorized Representative

                                    End. Serial No. 3

**WC 00 03 11 A**
Page 3 of 3
Copyright 1991 National Council on Compensation Insurance

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY

### WAIVER OF OUR RIGHT TO RECOVER FROM OTHERS ENDORSEMENT

We have the right to recover our payments from anyone liable for an injury covered by this policy. We will not enforce our right against the person or organization named in the Schedule. (This agreement applies only to the extent that you perform work under a written contract that requires you to obtain this agreement from us.)

This agreement shall not operate directly or indirectly to benefit any one not named in the Schedule.

This endorsement has not been approved and does not apply in the state of Pennsylvania.

Schedule

In Favor of:

Centex Rooney/Royal American, A Joint Venture

Vulcan Construction Materials, LP

Flat Charge $250

This endorsement is executed by the Liberty Mutual Insurance Company

Premium $

Effective Date                     Expiration Date

For attachment to Policy No.   WA1-15D-214093-011

Audit Basis

Issued To

1                                    Countersigned by ..........................................................
                                                                            Authorized Representative

        Issued                     Sales Office and No.          End. Serial No.   4

**WC 00 03 13**
(Ed. 4-84)

Copyright 1983 National Council on Compensation Insurance.

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY

## EXPERIENCE RATING MODIFICATION FACTOR ENDORSEMENT

The premium for the policy will be adjusted by an experience rating modification factor. The factor was not available when the policy was issued. The factor, if any, shown on the Information Page is an estimate. We will issue an endorsement to show the proper factor, if different from the factor shown, when it is calculated.

This endorsement is executed by the  Liberty Mutual Insurance Company

Premium $
Effective Date                     Expiration Date
For attachment to Policy No.   WA1-15D-214093-011
Audit Basis
Issued To

1                              Countersigned by .................................................................
                                                                      Authorized Representative

           Issued              Sales Office and No.          End. Serial No.   5

**WC 00 04 03**
(Ed. 4-84)

Copyright 1983 National Council on Compensation Insurance.

 

## CONTINGENT EXPERIENCE RATING MODIFICATION FACTOR ENDORSEMENT

The premium for this policy will be adjusted by an experience rating modification factor.  The factor shown in the schedule is a Contingent Experience Rating Modification Factor based on the appropriate experience data available and replaces any prior experience modification factor.  We will issue an endorsement to show a revised factor if appropriate additional experience data becomes available. The contingent factor will apply unless a revised factor is subsequently issued.

Schedule

NCCI                                    0.93

This endorsement is executed by the Liberty Mutual Insurance Company                **15628**

Premium $

Effective Date                     Expiration Date

For attachment to Policy No. **WA1-15D-214093-011**

Countersigned by_____
                                        Authorized Representative

                                        End. Serial No. 6

**WC000412**
Page 1 of 1
Ed.1/1989
Copyright 1989 National Council on Compensation Insurance

 

# NOTIFICATION OF CHANGE IN OWNERSHIP ENDORSEMENT

Experience rating is mandatory for all eligible insureds. The experience rating modification factor, if any, applicable to this policy, may change if there is a change in your ownership or in that of one or more of the entities eligible to be combined with you for experience rating purposes. Change in ownership includes sales, purchases, other transfers, mergers, consolidations, dissolutions, formations of a new entity and other changes provided for in the applicable experience rating plan manual.

You must report any change in ownership to us in writing within 90 days of such change. Failure to report such changes within this period may result in revision of the experience rating modification factor used to determine your premium.

This endorsement is executed by the Liberty Mutual Insurance Company          15628

Premium $

Effective Date                    Expiration Date

For attachment to Policy No. WA1-15D-214093-011

Countersigned by_____

Authorized Representative

End. Serial No. 7

**WC000414**
Page 1 of 1
Ed. 7/1990

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY

## FLORIDA CONTRACTING CLASSIFICATION PREMIUM ADJUSTMENT ENDORSEMENT

The premium for the policy may be adjusted by a Florida Contracting Classification Premium Adjustment factor. The factor was not available when the policy was issued. If you qualify, we will issue an endorsement to show the premium adjustment factor after it is calculated.

This endorsement is executed by the  Liberty Mutual Insurance Company

Premium $

Effective Date                    Expiration Date

For attachment to Policy No.   WA1-15D-214093-011

Audit Basis
Issued To

1                                     Countersigned by ............................................................................
                                                                          Authorized Representative

              Issued                     Sales Office and No.            End. Serial No.   8

**WC 09 04 01**

# FLORIDA EXPERIENCE RATING MODIFICATION FACTOR ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Florida is shown in Item 3.A. of the Information Page.

A. The premium for the policy will be adjusted by an experience rating modification factor. The factor was not available when the policy was issued. The factor, if any, shown on the Information Page is an estimate. We will issue an endorsement to show the proper factor, if different from the factor shown, when it is calculated.

B. If the factor is an increase over that shown on the Information Page, it will apply as of the policy effective date; or if the anniversary rating date is different from the policy effective date it will apply as of the anniversary rating date. Your premium will be calculated:

   1. Retroactively to the effective date of the policy or to the anniversary rating date if the adjustment is within the first 90 days of the policy period or the anniversary rating date;

   2. On a pro rata basis from the date we endorsed the policy if the adjustment is more than 90 days after the effective date of the policy or the anniversary rating date.

   The adjustment will be retroactive to the effective date of the policy period or to the anniversary rating date when:

   a. The change in experience modification is the result of a revision in your classifications;

   b. The delay in the calculation of the experience modification is due to your failure to make available all your records for examination and audit as provided in Part Five-G (Audit) of the policy.

C. If the factor is a decrease from that shown on the Information Page, it will apply retroactively to the policy effective date or the anniversary rating date if different from the policy effective date.

This endorsement is executed by the **Liberty Mutual Insurance Company**

Premium $
Effective Date                 Expiration Date
For attachment to Policy No.   **WA1-15D-214093-011**

Audit Basis
Issued To

1

Countersigned by ......................................................................
                                                                 Authorized Representative

        Issued              Sales Office and No.          End. Serial No.  **9**

**WC 09 04 02**
(Ed. 10-88)

Copyright 1988 National Council on Compensation Insurance.

 

## FLORIDA EMPLOYMENT AND WAGE INFORMATION RELEASE ENDORSEMENT

This policy requires you to release certain employment and wage information maintained by the State of Florida pursuant to federal and state unemployment compensation laws except to the extent prohibited or limited under federal law. By entering into this policy, you consent to the release of the information.

We will safeguard the information and maintain its confidentiality. We will limit use of the information to verifying compliance with the terms of the policy.

This endorsement is executed by the Liberty Mutual Insurance Company                15628

Premium $

Effective Date                         Expiration Date

For attachment to Policy No. WA1-15D-214093-011

Countersigned by_____
                                         Authorized Representative

                                         End. Serial No. 10

**WC 09 06 06**
Page 1 of 1
Ed. 10-1998

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY

## GEORGIA CANCELATION, NONRENEWAL AND CHANGE ENDORSEMENT

This endorsement applies only to the insurance provided by the Policy because Georgia is shown in Item 3.A. of the Information Page.

The **Cancelation** Condition of the policy is replaced by this Condition:

### D. Cancelation, Nonrenewal and Change

1.  You may cancel this policy. You must mail or deliver advance notice to us stating when the cancelation is to take effect, subject to the following:

    a.  If only your interest is affected, the effective date of cancelation will be the later of the date we receive notice from you or the date specified in the notice.

    b.  If by statute, regulation or contract this policy may not be canceled unless notice is given to a governmental agency or other third party, we will mail or deliver at least 10 days notice to you and the third party as soon as practicable after receiving your request for cancelation.

    Our notice will state the effective date of cancelation, which will be the later of the following:

    (1)  10 days from the date of mailing or delivering our notice, or

    (2)  The effective date of cancelation stated in your notice to us.

2.  We may cancel or nonrenew this policy. We must mail or deliver notice at least 10 days before the effective date of cancelation if this policy has been in effect less than 60 days or if we cancel for nonpayment of premium. If this policy has been in effect 60 or more days and we cancel for a reason other than nonpayment of premium or if we nonrenew this policy, we must send to you a notice of cancelation or nonrenewal by certified mail, return receipt requested, to your last address of record at least 75 days prior to the effective date of cancelation or nonrenewal.

3.  If we increase current policy premium by more than 15% (other than any increase due to change in risk, exposure or experience modification or resulting from an audit of auditable coverages), limit or restrict coverage, we must mail by first class mail or deliver a notice of our action (including dollar amount of any increase in renewal premium more than 15%) to you at the last mailing address of record at least 45 days before the expiration date of this policy.

4.  The policy period will end on the day and hour stated in the cancelation notice except as provided for above.

This endorsement is executed by the   **Liberty Mutual Insurance Company**

Premium $

Effective Date                    Expiration Date

For attachment to Policy No.   **WA1-15D-214093-011**

Audit Basis

Issued To

1                                    Countersigned by ...............................................................
                                                                    Authorized Representative

            Issued                    Sales Office and No.        End. Serial No.   11

**WC 10 06 01A**
(Ed. 4-93)

Copyright 1993 National Council on Compensation Insurance.

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

## NORTH CAROLINA AMENDED COVERAGE ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because North Carolina is shown in Item 3.A. of the Information Page.

D. Cancelation

1. You may cancel this policy.

   If you cancel this policy you must mail or deliver not less than 10 days advance written notice to us stating when the cancelation is to take effect.

2. We may cancel this policy.

   (a) If we cancel this policy for non-payment of premium we must mail or deliver not less than 10 days advance written notice to you stating when the cancelation is to take effect.

   (b) If we cancel this policy for any reason other than non-payment of premium, we must mail by registered or certified mail not less than 30 days advance written notice to you stating when the cancelation is to take effect.

   (c) Mailing required notice of cancelation to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

3. The policy period will end on the day and hour stated in the cancelation notice.

This endorsement is executed by the  Liberty Mutual Insurance Company

Premium $

Effective Date                    Expiration Date

For attachment to Policy No.   WA1-15D-214093-011

Audit Basis

Issued To

1

Countersigned by .........................................................................
                                                              Authorized Representative

Issued                    Sales Office and No.          End. Serial No.   12

## WC 32 03 01 A

Copyright 1993 National Council on Compensation Insurance.

# AMENDATORY ENDORSEMENT 

It is hereby agreed that Item 3.B. of the Information Page is amended. Unless you have specifically elected an increased limit of liability, the following basic limits for Employers' Liability Insurance apply. If you have elected an increased limit of liability, the increased limit will continue to apply.

Limit:    500,000 BI by Accident
          500,000 BI by Disease
          500,000 BI by Disease - policy limit

States: Alaska*, Arizona, Arkansas, Colorado, Connecticut*****, Delaware, District of Columbia, Georgia, Hawaii**, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana###, Maine, Maryland, Michigan+, Minnesota, Mississippi, Montana, Nebraska***, New Hampshire, New Mexico*****, North Carolina##, North Dakota, Ohio, Oklahoma****, Oregon, Pennsylvania, Puerto Rico, Rhode Island, South Carolina, South Dakota, Texas, Utah, Vermont, Virginia#, Washington, West Virginia, Wyoming

Limit:    100,000 BI by Accident
          100,000 BI by Disease
          500,000 BI by Disease - policy limit

States:  Alabama, Florida, Massachusetts, Missouri, New Jersey, Nevada + +, Tennessee ####, Wisconsin.

Limit:    1,000,000 BI by Accident
          1,000,000 BI by Disease
          1,000,000 BI by Disease - policy limit

State:   California

Limit:   Unlimited

State:   New York

\* Policies effective 1/8/1997
\*\* Policies effective 1/15/1997
\*\*\* Policies effective 1/7/1997
\*\*\*\* Policies effective 1/30/1997
\*\*\*\*\* Policies effective 5/1/1997
# Policies effective 8/1/1997
## Policies effective 9/1/1997
### Policies effective 4/23/1998
#### Policies effective 2/1/1998
+ Policies effective 1/1/1999
+ + Policies effective 7/1/1999

This endorsement is executed by the Liberty Mutual Insurance Company          **15628**

Premium $

Effective Date                          Expiration Date

For attachment to Policy No. **WA1-15D-214093-011**

Countersigned by_____
                                    Authorized Representative

                                    End. Serial No. 13

**WC 99 04 37 R2**
Page 1 of 1
Ed. 1/1999

#  DEDUCTIBLE ENDORSEMENT 

This deductible endorsement applies only to the insurance provided by the policy because the following states are listed in item 3.A. of the Information Page:

AL, GA, SC

This deductible endorsement applies between you and us. It does not affect or alter the rights of others under the policy. You will reimburse us for any deductible amounts (including "allocated loss adjustment expense") that we advance or are required by law to pay.

| Coverage | Deductible Amount; Basis | |
|---|---|---|
| Bodily Injury By Accident | $ 300,000 | each occurrence |
| Bodily Injury By Disease | $ 300,000 | each claim |
| All Covered Bodily Injury | $ 900,000 | policy aggregate |
| Allocated Loss Adjustment Expense (ALAE) | All ALAE<br>All ALAE | each occurrence<br>each claim |

## A. How This Deductible Applies

1. Each Occurrence; Each Claim

   You are responsible for the total of:

   a. up to the applicable amount shown above, the sum of:

      1) all benefits required of you by the Workers' Compensation law (including benefits payable under PART THREE - OTHER STATES INSURANCE or under any endorsement); plus

      2) all sums you legally must pay as damages; and

   b. all "allocated loss adjustment expense" as part of any claim, or proceeding, or suit we defend;

   because of (a) bodily injury by accident to your employees arising out of any one "occurrence"; (b) bodily injury by disease to your employee arising out of any one "claim".

   We are responsible for those amounts of benefits and damages (but not "allocated loss adjustment expense") that exceed the applicable deductible amount shown above.

   We may advance part or all of the applicable deductible amount (including "allocated loss adjustment expense") to settle any claim, proceeding or suit. You will reimburse us for any amount(s) we have so advanced.

2. Policy Period Aggregate

   The amount shown above as "policy aggregate", is the most you must pay us for the sum of all benefits and damages because of bodily injury by accident and bodily injury by disease for each policy period. The "aggregate" limitation does not apply to "allocated loss adjustment expense".

# DEDUCTIBLE ENDORSEMENT



The "policy aggregate" will not be reduced if:

(a)   this endorsement is issued for a term of less than (1) year, or

(b)   the policy or this endorsement is cancelled for any reason by you or by us before the end of the policy period.

B.   Effect of Deductible on Limits of Liability

With respect to the Employers' Liability Insurance provided by this policy, the applicable "each employee", "each accident", "policy" or other similar limits of liability are reduced by the sum of all damages (but not "allocated loss adjustment expense") within the applicable deductible amount shown above. Those limits are not in addition to the deductible amount. This provision applies whether the Employers' Liability Insurance is provided by PART TWO or by an endorsement to this policy.

C.   Definitions

1.   "Allocated loss adjustment expense" means claim adjustment expense directly allocated by us to a particular claim. Such expense shall include, but shall not be limited to, attorneys' fees for claims in suit, court and other specific items of expense such as medical examination, expert medical or other testimony, laboratory and X-ray, autopsy, stenographic, witnesses and summonses, and copies of documents.

2.   "Claim" means a written demand you receive for:

a.   benefits required of you be the Workers' Compensation law; or

b.   damages covered by this policy;

including a filing by your employee for such benefits with an agency authorized by law, and a suit. or other proceeding brought by your employee for such benefits or damages.   "By your employee" includes such action taken by others legally entitled to do so on his or her behalf.

All claims for benefits or damages because of bodily injury by the same or related diseases to any one person will be considered as one claim when determining how the deductible amounts apply.

3.   "Occurrence" means a single accident which results in bodily injury to one or more of your employees.

D.   Conditions

1.   Recovery From Others

We have your rights and the rights of persons entitled to the benefits of this insurance to recover all advances and payments, including those within the deductible amount (which includes "allocated loss adjustment expense"), from anyone liable for the injury.   You will do everything necessary to protect those rights for us and to help us enforce them.

If we recover any advance or payment made under this policy from anyone liable for the injury, the amount we recover will first be applied to any payments made by us in excess of the deductible amount; only then will the remainder of that recovery, if any, be applied to reduce the deductible amount (including "allocated loss adjustment expense") paid or reimbursed or reimbursable by you.

Copyright 1990, Liberty Mutual Insurance Company

 

# DEDUCTIBLE ENDORSEMENT

2. Cancellation

You must (a) promptly pay all amounts for which you are responsible under this endorsement, and (b) reimburse us for any such amounts that we pay or advance upon receipt of a billing from us.

If you fail to do so, we may, at out option, cancel either this endorsement or this policy by mailing or delivering to you not less than ten days written notice stating the day and hour the cancellation is to take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

3. Your Duties

a. The first Named Insured shown in the Information Page agrees and is authorized on behalf of all Named Insureds to reimburse us for all deductible amounts (including all "allocated loss adjustment expense") that we advance.

b. Each Named Insured is jointly and severally liable for all deductible amounts (including all "allocated loss adjustment expense") under this policy.

4. Other Rights and Duties (Ours and Yours)

All other terms of this policy, including those which govern (a) our right and duty to defend any claim, proceeding or suit against you, and (b) your duties if injury occurs, apply irrespective of application of this deductible endorsement.

This endorsement is executed by the Liberty Mutual Insurance Company          15628

Premium $

Effective Date                    Expiration Date

For attachment to Policy No. WA1-15D-214093-011

Countersigned by_____
                              Authorized Representative

                              End. Serial No. 14

**WC 99 06 26 R2**
Page 3 o f 3
Copyright 1990, Liberty Mutual Insurance Company

 

# DEDUCTIBLE ENDORSEMENT

This deductible endorsement applies only to the insurance provided by the policy because the following states are listed in item 3.A. of the Information Page:

FL, NC

This deductible endorsement applies between you and us. It does not affect or alter the rights of others under the policy.

| Coverage | Deductible Amount; Basis | |
|---|---|---|
| Bodily Injury By Accident | $ 300,000 | each occurrence |
| Bodily Injury By Disease | $ 300,000 | each claim |
| All Covered Bodily Injury | $ 900,000 | policy aggregate |
| Allocated Loss Adjustment Expense (ALAE) | All ALAE<br>All ALAE | each occurrence<br>each claim |

## A.  How This Deductible Applies

1.  Each Occurrence; Each Claim

    You are responsible for the total of:

    a.  up to the applicable amount shown above, the sum of:

    (1)  all benefits required of you by the Workers' Compensation law (including benefits payable under PART THREE - OTHER STATES INSURANCE or under any endorsement), plus

    (2)  all sums you legally must pay as damages; and

    b.  all "allocated loss adjustment expense" as part of any claim, or proceeding, or suit we defend;

    because of (a) bodily injury by accident to your employees arising out of any one "occurrence"; (b) bodily injury by disease to your employee arising out of any one "claim".

    We are responsible for those amounts of benefits and damages (but not "allocated loss adjustment expense") that exceed the applicable deductible amount shown above.

    We will advance part or all of the applicable deductible amount (including "allocated loss adjustment expense") to settle any claim, proceeding or suit. You will reimburse us for any amount(s) we have so advanced.

2.  Policy Period Aggregate

    The amount shown above as "policy aggregate", is the most you must pay for the sum of all benefits and damages because  of bodily injury by accident and bodily injury by disease for each policy period. The "aggregate" limitation does not apply to "allocated loss adjustment expense".

Copyright 1990, Liberty Mutual Insurance Company

 

# DEDUCTIBLE ENDORSEMENT

The "aggregate" will not be reduced if:

(a) this endorsement is issued for a term of less than (1) year, or

(b) the policy or this endorsement is cancelled by you or by us before the end of the policy period.

## B. Effect of Deductible on Limits of Liability

With respect to the Employers' Liability Insurance provided by this policy, the applicable "each employee", "each accident", "policy" or other similar limits of liability are reduced by the sum of all damages (but not "allocated loss adjustment expense") within the applicable deductible amount shown above. Those limits are not in addition to the deductible amount. This provision applies whether the Employers' Liability Insurance is provided by PART TWO or by an endorsement to this policy.

## C. Definitions

1. "Allocated loss adjustment expense", means claim adjustment expense directly allocated by us to a particular claim. Such expense shall include, but shall not be limited to, attorneys' fees for claims in suit, court and other specific items of expense such as medical examination, expert medical or other testimony, laboratory and X-ray, autopsy, stenographic, witnesses and summonses, and copies of documents.

2. "Claim" means a written demand you receive for:

   a. benefits required of you be the Workers' Compensation law; or

   b. damages covered by this policy;

   including a filing by your employee for such benefits with an agency authorized by law, and a suit or other proceeding brought by your employee for such benefits or damages. "By your employee" includes such action taken by others legally entitled to do so on his or her behalf.

   All claims for benefits or damages because of bodily injury by the same or related diseases to any one person will be considered as one claim when determining how the deductible amounts apply.

3. "Occurrence" means a single accident which results in bodily injury to one or more of your employees.

## D. Conditions

1. Recovery From Others

   We have your rights and the rights of persons entitled to the benefits of this insurance to recover all advances and payments, including those within the deductible amount (which includes "allocated loss adjustment expense"), from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

   If we recover any advance or payment made under this policy from anyone liable for the injury, the amount we recover will first be applied to any payments made by us in excess of the deductible amount; only then will the remainder of that recovery, if any, be applied to reduce the deductible amount (including "allocated loss adjustment expense") paid or reimbursed or reimbursable by you.

 

# DEDUCTIBLE ENDORSEMENT

2.  Cancellation

    You must (a) promptly pay all amounts for which you are responsible under this endorsement, and (b) reimburse us for any such amounts that we advance upon receipt of a billing from us.

    If you fail to do so, we may, at our option, cancel either this endorsement or this policy by mailing or delivering to you not less than ten days written notice stating the day and hour the cancellation is to take effect. Mailing that notice to you at your mailing address shown in item 1 of the Information Page will be sufficient to prove notice.

3.  Your Duties

    a.  The first Named Insured shown in the Declarations agrees and is authorized on behalf of all Named Insured to reimburse us for all deductible amounts (including all "allocated loss adjustment expense") that we advance.

    b.  Each Named Insured is jointly and severally liable for all deductible amounts (including all "allocated loss adjustment expense") under this policy.

4.  Other Rights and Duties (Ours and Yours)

    All other terms of this policy, including those which govern (a) our right and duty to defend any claim, proceeding or suit against you, and (b) your duties if injury occurs, apply irrespective of application of this deductible endorsement.

This endorsement is executed by the Liberty Mutual Insurance Company          **15628**

Premium $

Effective Date                    Expiration Date

For attachment to Policy No. WA1-15D-214093-011

Countersigned by _____
                                 Authorized Representative

                                 End. Serial No. 15

**WC 99 06 28 R2**
Page 3 of 3
Copyright 1990, Liberty Mutual Insurance Company

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

## NORTH CAROLINA

### NOTICE OF CANCELLATION

We will not cancel this policy or the Deductible Endorsement attached thereto until written notice of cancellation has been mailed to you, by registered or certified mail:

(a)  10 days before the effective date of cancellation, if we cancel for nonpayment of premium; or

(b)  30 days before the effective date of the cancellation or reduction if we cancel or reduce the insurance afforded by this policy for any other reason

This endorsement is executed by the   **Liberty Mutual Insurance Company**

Premium $

Effective Date                                   Expiration Date

For attachment to Policy No.   **WA1-15D-214093-011**

Audit Basis

Issued To

1                                           Countersigned by ........................................................
                                                                 Authorized Representative

            Issued              Sales Office and No.          End. Serial No.   16

WC 99 06 34
(5-91)

## MISCELLANEOUS CHANGE ENDORSEMENT

It is agreed that with respect to any box marked by (x) the information page of the policy is changed to read:
Item 3. Coverage

☐ A. WORKERS COMPENSATION INSURANCE: PART ONE

☐ B. LIMITS OF LIABILITY: PART TWO

| Bodily Injury<br>by Accident<br>Each Accident $ | Bodily Injury<br>by Disease<br>Each Employee $ | Bodily Injury<br>by Disease<br>Policy Limit $ |

☒ C. OTHER STATES INSURANCE PART THREE

All states except those listed in item 3A and the states of ND OH WA WV WY AK

☐ Item 4. The Schedule in Item 4 of the Information Page is amended as follows:

| Classification of Operations | | Premium Basis | Rates | |
| --- | --- | --- | --- | --- |
| | Code<br>No. | Estimated<br>Total Annual<br>Remuneration | Per $100 of<br>Remuneration | Estimated<br>Annual<br>Premiums |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Experience Modification: | Premium |
| --- | --- |

☐ Minimum Premium

☐ Adjustment of premium shall be made:                    ☐ Periodic Payment

☐ This is a Three Year Fixed Rate Policy

This endorsement is executed by the   Liberty Mutual Insurance Company                    15628

Premium

Endorsement Effective Date **01-01-2001**          Expiration Date   **01/01/2002**
Policy Effective Date **01/01/2001**          Expiration Date   **01/01/2002**
For attachment to Policy No. **WA1-15D-214093-011**          **32/0**
Audit Basis **1**          **5-214093 /**
Issued To   **Royal American Management Inc**
**and as per Named Insured Endorsement #1**

**PO Box 59117**
**Panama City, FL 32412-0117**

Issued   **EMB**
**02/27/2001**   Countersigned by......................................................................
Authorized Representative

| | SALES OFFICE | CODE | SALES REPRESENTATIVE | CODE | N/R | 1ST YEAR | END. SERIAL NO. |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1<br>**WC 99 06 04**<br>(ABLE) | JACKSONVILLE, F | 538 | CARNES | 7759 | 2 | 1999 | 17 |

Printed in U.S.A.

# MISCELLANEOUS CHANGE ENDORSEMENT

It is agreed that with respect to any box marked by (x) the information page of the policy is changed to read:
Item 3. Coverage

☐ A. WORKERS COMPENSATION INSURANCE: PART ONE

☐ B. LIMITS OF LIABILITY: PART TWO
   Bodily Injury                    Bodily Injury                    Bodily Injury
   by Accident                      by Disease                       by Disease
   Each Accident $                  Each Employee $                  Policy Limit $

☐ C. OTHER STATES INSURANCE PART THREE
   ALL STATES EXCEPT THOSE EXCLUDED IN ITEM 3.C OF THE INFORMATION PAGE
   AND EXCLUDING THE STATES OF:

☐ Item 4. The Schedule in Item 4 of the Information Page is amended as follows:

| Classification of Operations | Code No. | Premium Basis Estimated Total Annual Remuneration | Rates Per $100 of Remuneration | Estimated Annual Premiums |
|---|---|---|---|---|
| Revised FL payroll. | | | | |
| Applied late mod of .96 as of 6/4/01 | | | | |
| See attached gpo 2923's | | | | |

| Experience Modification: | Premium |
|---|---|

☐ Minimum Premium

☐ Adjustment of premium shall be made:          ☐ Periodic Payment

☐ This is a Three Year Fixed Rate Policy

This endorsement is executed by the  Liberty Mutual Insurance Company          15628

Premium
Endorsement Effective Date  01-01-2001      Expiration Date  01/01/2002
Policy Effective Date  01/01/2001           Expiration Date  01/01/2002
For attachment to Policy No.  WA1-15D-214093-011        32/0
Audit Basis  1          5-214093 /
Issued To  Royal American Management Inc
          and as per Named Insured Endorsement #1

          PO Box 59117
          Panama City, FL 32412-0117

                    Issued   DAS
                             06/06/2001      Countersigned by.................................................................
                                                                              Authorized Representative

| SALES OFFICE | CODE | SALES REPRESENTATIVE | CODE | N/R | 1ST YEAR | END. SERIAL NO. |
|---|---|---|---|---|---|---|
| JACKSONVILLE, F | 538 | CARNES | 7759 | 2 | 1999 | 1B |

1
WC 99 06 04
(ABLE)

Printed in U.S.A.

Item 4. Premium - Extension of Information Page  

| Classification of Operations | | Premium Basis | Rate | |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | Class Code | Payroll - Unless otherwise indicated a) Flat Charge b) Per Capita c) Passenger Seat d) Premium e) Other | Payroll- Per $100 | Estimated Premium |
| **Alabama** | | | | |
| **Period: 01/01/2001 - 06/04/2001** **(Rating Date: 01/01/2001)** | | | | |
| Building Operation By Owner, Lessee, Firm: All Other Employees Program or Real Estate Management Firm: Professional Employees, Property | 9012 | 37,002 | 1.39 | 514 |
| Buildings - Operation By Owner or Managers and Leasing Agents & Clerical, Salespersons | 9015 | 32,488 | 7.10 | 2,307 |
| **Manual Premium** | | | | **$2,821** |
| Large Deductible Credit | 9664 | | .66 | (1,862) |
| Drug Free Workplace Premium Credit Lessee or Real Estate Management | 9841 | | .05 | (48) |
| Experience Modification(.93 CNTG) | 9898 d) | 911 | | (64) |
| **Modified Premium** | | | | **$847** |
| **Standard Premium** | | | | **$847** |
| **Estimated Premium** | | | | **$847** |
| **Period: 06/04/2001 - 01/01/2002** **(Rating Date: 01/01/2001)** | | | | |
| Building Operation By Owner, Lessee, Firm: All Other Employees Program | 9012 | 50,698 | 1.39 | 705 |
| Buildings - Operation By Owner or | 9015 | 44,512 | 7.10 | 3,160 |
| **Manual Premium** | | | | **$3,865** |
| Large Deductible Credit | 9664 | | .66 | (2,551) |

GPO 2923
Ed. 01/01/2001

Item 4. Premium - Extension of Information Page  

| Classification of Operations | | Premium Basis | Rate | |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | Class Code | Payroll · Unless otherwise indicated a) Flat Charge b) Per Capita c) Passenger Seat d) Premium e) Other | Payroll · Per $100 | Estimated Premium |
| | | | | |
| Alabama | | | | |
| | | | | |
| Period: 06/04/2001 - 01/01/2002 (Rating Date: 01/01/2001) | | | | |
| | | | | |
| Drug Free Workplace Premium Credit | 9841 | | .05 | (66) |
| | | | | |
| Experience Modification (.96 CNTG) | 9898 | d)    1,248 | | (50) |
| Modified Premium | | | | $1,198 |
| | | | | |
| Standard Premium | | | | $1,198 |
| | | | | |
| Estimated Premium | | | | $1,198 |
| | | | | |
| Total Premium for Alabama | | | | $2,045 |

Policy No. WA1-15D-214093-011

GPO 2923
Ed. 01/01/2001

WC 00 00 01 A

Item 4. Premium - Extension of Information Page

| Classification of Operations | | | | |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | Class Code | Premium Basis<br>Payroll - Unless otherwise indicated<br>a) Flat Charge<br>b) Per Capita<br>c) Passenger Seat<br>d) Premium<br>e) Other | Rate<br>Payroll -<br>Per $100 | Estimated Premium |

**Florida**

Period: 01/01/2001 - 06/04/2001
(Rating Date: 01/01/2001)

Panama City: 1002 W. 23rd Street 32402

| | Class Code | Premium Basis | Rate | Estimated Premium |
|---|---|---|---|---|
| Farm: Field Crops & Drivers | 0037 | 39,871 | 16.34 | 6,515 |
| Domestic Workers - Outside - Stories or Less | 0912 b) | 1.00 | 685.00 | 289 |
| Domestic Workers - Inside | 0913 b) | 6.00 | 610.00 | 1,544 |
| Contractor - Executive Supervisor or NOC - Commercial | 5606 | 325,299 | 4.76 | 15,484 |
| Carpentry - Dwellings - Three | 5651 | 107,378 | 30.50 | 32,750 |
| Transportation of Personnel In Excavation & Drivers | 6217 | 683,127 | 14.27 | 97,482 |
| Drivers, Chauffeurs & Their Helpers | 7380 | 79,321 | 12.96 | 10,280 |
| Conduct of Employer's Business: Aircraft or Helicopter Operation: Flying Crew & Drivers | 7421 | 65,819 | 4.71 | 3,100 |
| Messengers - Outside Store: Retail NOC | 8017 | 19,746 | 3.29 | 650 |
| Automobile Service or Repair Center or Real Estate Management Firm: | 8380 | 45,525 | 6.99 | 3,182 |
| Salespersons, Collectors or Professional Employees, Property | 8742 | 1,054,795 | 1.10 | 11,603 |
| Clerical Office Employees NOC | 8810 | 1,425,238 | .59 | 8,409 |
| Building Operation By Owner, Lessee, Managers and Leasing Agents & Clerical, Salespersons | 9012 | 1,872,471 | 1.26 | 23,593 |
| Lessee or Real Estate Management Firm: All Other Employees Buildings - Operation By Owner or Salespersons, Drivers | 9015 | 2,141,233 | 9.07 | 194,210 |
| Yacht - & Clerical Hotel: All Other Employees & or Tavern | 9052 | 1,969,512 | 6.91 | 136,093 |
| Hotel: Restaurant Employees | 9058 | 354,411 | 5.02 | 17,791 |
| Club - Country, Golf, Fishing or Messengers - Outside | 9060 | 144,676 | 4.57 | 6,612 |
| Restaurant NOC | 9082 | 1,668,685 | 4.99 | 83,267 |
| Bar, Discotheque, Lounge, Night Club Program | 9084 | 60,756 | 5.46 | 3,317 |

Item 4. Premium - Extension of Information Page  

| Classification of Operations | Class Code | Premium Basis | Rate | Estimated Premium |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | | Payroll - Unless otherwise indicated a) Flat Charge b) Per Capita c) Passenger Seat d) Premium e) Other | Payroll - Per $100 | |
| Flying Crew | | | | |
| Florida | | | | |
| Period: 06/04/2001 - 01/01/2002 (Rating Date: 01/01/2001) | | | | |
| Drivers, Chauffeurs & Their Helpers & Drivers | 7380 | 108,679 | 12.96 | 14,085 |
| Aircraft or Helicopter Operation: | 7421 | 90,181 | 4.71 | 4,248 |
| Messengers - Outside or Real Estate Management Firm: Professional Employees, Property Store: Retail NOC | 8017 | 27,054 | 3.29 | 890 |
| Automobile Service or Repair Center | 8380 | 62,375 | 6.99 | 4,360 |
| Managers and Leasing Agents & Salespersons, Collectors or Clerical, Salespersons | 8742 | 1,445,205 | 1.10 | 15,897 |
| Clerical Office Employees NOC | 8810 | 1,952,762 | .59 | 11,521 |
| Building Operation By Owner, Lessee, Lessee or Real Estate Management Firm: All Other Employees Salespersons, Drivers Yacht - & Clerical | 9012 | 2,565,529 | 1.26 | 32,326 |
| Buildings - Operation By Owner or or Tavern Messengers - Outside | 9015 | 2,933,767 | 9.07 | 266,093 |
| Hotel: All Other Employees & Program | 9052 | 2,698,488 | 6.91 | 186,466 |
| Hotel: Restaurant Employees | 9058 | 485,589 | 5.02 | 24,377 |
| Club - Country, Golf, Fishing or or Real Estate Management Firm: | 9060 | 198,224 | 4.57 | 9,059 |
| Restaurant NOC | 9082 | 2,286,315 | 4.99 | 114,087 |
| Bar, Discotheque, Lounge, Night Club Professional Employees, Property | 9084 | 83,244 | 5.46 | 4,545 |
| *Subject to Voluntary Compensation Endorsement* Salespersons, Collectors or | 8742 | If Any | 1.10 | 0 |
| Managers and Leasing Agents & Manual Premium | | | | $899,042 |
| Waiver of Subrogation Premium | 0930 | | | 145 |
| Large Deductible Credit | 9664 | | .68 | (611,447) |

Policy No. WA1-15D-214093-011

GPO 2923
Ed. 01/01/2001

WC 00 00 01 A

Item 4. Premium - Extension Information Page 

| Classification of Operations | | Premium Basis | Rate | |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | Class Code | Payroll - Unless otherwise indicated a) Flat Charge b) Per Capita c) Passenger Seat d) Premium e) Other | Payroll - Per $100 | Estimated Premium |
| Clerical, Salespersons | | | | |
| Florida | | | | |
| Period: 06/04/2001 - 01/01/2002 (Rating Date: 01/01/2001) | | | | |
| *Subject to* *Voluntary Compensation Endorsement* | | | | |
| Employer Safety Premium Credit Program | 9765 | | .02 | (5,755) |
| Drug Free Workplace Premium Credit Lessee or Real Estate Management | 9841 | | .05 | (14,092) |
| Experience Modification (.96 CNTG) | 9898 d) | 267,893 | | (10,716) |
| Modified Premium | | | | $257,177 |
| Standard Premium | | | | $257,177 |
| Estimated Premium | | | | $257,177 |
| Total Premium for Florida | | | | $439,013 |

Policy No. WA1-15D-214093-011

GPO 2923
Ed. 01/01/2001

WC 00 00 01 A

Item 4. Premium - Extension Information Page 

| Classification of Operations<br>Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | Class Code | Premium Basis<br>Payroll · Unless otherwise indicated<br>a) Flat Charge<br>b) Per Capita<br>c) Passenger Seat<br>d) Premium<br>e) Other | Rate<br>Payroll ·<br>Per $100 | Estimated Premium |
|---|---|---|---|---|
| **Georgia** | | | | |
| **Period: 01/01/2001 - 06/04/2001**<br>**(Rating Date: 01/01/2001)** | | | | |
| Building Operation By Owner, Lessee, Professional Employees, Property Managers and Leasing Agents & Clerical, Salespersons | 9012 | 83,455 | .63 | 526 |
| Lessee or Real Estate Management Buildings - Operation By Owner or Firm: All Other Employees or Real Estate Management Firm: | 9015 | 106,281 | 6.06 | 6,441 |
| Manual Premium | | | | $6,967 |
| Large Deductible Credit | 9664 | | .68 | (4,738) |
| Experience Modification (.93 CNTG) | 9898 d) | 2,229 | | (156) |
| Modified Premium | | | | $2,073 |
| Standard Premium | | | | $2,073 |
| Estimated Premium | | | | $2,073 |
| **Period: 06/04/2001 - 01/01/2002**<br>**(Rating Date: 01/01/2001)** | | | | |
| Building Operation By Owner, Lessee, Professional Employees, Property Managers and Leasing Agents & Clerical, Salespersons | 9012 | 114,345 | .63 | 720 |
| Lessee or Real Estate Management Buildings - Operation By Owner or Firm: All Other Employees Including Private Chauffeurs | 9015 | 145,619 | 6.06 | 8,825 |
| Manual Premium | | | | $9,545 |
| Large Deductible Credit | 9664 | | .68 | (6,491) |

Policy No. WA1-15D-214093-011

GPO 2923
Ed. 01/01/2001

WC 00 00 01 A

Item 4. Premium - Extension of Information Page 

| Classification of Operations | Class Code | Premium Basis<br>Payroll - Unless otherwise indicated<br>a) Flat Charge<br>b) Per Capita<br>c) Passenger Seat<br>d) Premium<br>e) Other | Rate<br>Payroll-<br>Per $100 | Estimated Premium |
|---|---|---|---|---|
| Construction Superintendent | | | | |
| Georgia | | | | |
| Period: 06/04/2001 - 01/01/2002<br>(Rating Date: 01/01/2001) | | | | |
| Experience Modification (.96 CNTG) | 9898 d) | 3,054 | | (122) |
| Modified Premium | | | | $2,932 |
| Standard Premium | | | | $2,932 |
| Estimated Premium | | | | $2,932 |
| Total Premium for Georgia | | | | $5,005 |

Policy No. WA1-15D-214093-011

WC 00 00 01 A

GPO 2923
Ed. 01/01/2001

Item 4. Premium - Extension  Information Page 

| Classification of Operations | | Premium Basis | Rate | |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | Class Code | Payroll - Unless otherwise indicated<br>a) Flat Charge<br>b) Per Capita<br>c) Passenger Seat<br>d) Premium<br>e) Other | Payroll-<br>Per $100 | Estimated Premium |
| **North Carolina** | | | | |
| **Period: 01/01/2001 - 06/04/2001<br>(Rating Date: 01/01/2001)** | | | | |
| Contractor - Executive Supervisor or Construction Superintendent | 5606 | 41,517 | 4.83 | 2,005 |
| Carpentry - Dwellings - Three Stories or Less | 5651 | 2,742 | 13.61 | 373 |
| Clerical Office Employees NOC | 8810 | 8,016 | .38 | 30 |
| Building Operation By Owner, Lessee, or Real Estate Management Firm: Professional Employees, Property Managers and Leasing Agents & Clerical, Salespersons | 9012 | 118,053 | .89 | 1,051 |
| Buildings - Operation By Owner or Lessee or Real Estate Management Firm: All Other Employees | 9015 | 107,758 | 4.13 | 4,450 |
| **Manual Premium** | | | | **$7,909** |
| Large Deductible Credit | 9664 | | .62 | (4,904) |
| Experience Modification(.93 CNTG) | 9898 d) | 3,005 | | (210) |
| **Modified Premium** | | | | **$2,795** |
| **Standard Premium** | | | | **$2,795** |
| Expense Constant | 0900 | | | 210 |
| **Estimated Premium** | | | | **$3,005** |
| **Period: 06/04/2001 - 01/01/2002<br>(Rating Date: 01/01/2001)** | | | | |
| Contractor - Executive Supervisor or Construction Superintendent | 5606 | 56,883 | 4.83 | 2,747 |
| Carpentry - Dwellings - Three Stories or Less | 5651 | 3,758 | 13.61 | 511 |
| Clerical Office Employees NOC | 8810 | 10,984 | .38 | 42 |
| Building Operation By Owner, Lessee, or Real Estate Management Firm: Professional Employees, Property Managers and Leasing Agents & Clerical, Salespersons | 9012 | 161,747 | .89 | 1,440 |

Policy No. WA1-15D-214093-011

GPO 2923
Ed. 01/01/2001

Item 4. Premium - Extension  Information Page 

| Classification of Operations<br>Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | Class<br>Code | Premium Basis<br>Payroll - Unless otherwise indicated<br>a) Flat Charge<br>b) Per Capita<br>c) Passenger Seat<br>d) Premium<br>e) Other | Rate<br>Payroll-<br>Per $100 | Estimated<br>Premium |
|---|---|---|---|---|
| Lessee or Real Estate Management | | | | |
| North Carolina | | | | |
| Period: 06/04/2001 - 01/01/2002<br>(Rating Date: 01/01/2001) | | | | |
| Buildings - Operation By Owner or Firm: All Other Employees | 9015 | 147,642 | 4.13 | 6,098 |
| Lessee or Real Estate Management<br>Manual Premium | | | | $10,838 |
| Large Deductible Credit | 9664 | | .62 | (6,720) |
| Experience Modification (.96 CNTG) | 9898 | d)   4,118 | | (165) |
| Modified Premium | | | | $3,953 |
| Standard Premium | | | | $3,953 |
| Estimated Premium | | | | $3,953 |
| Total Premium for North Carolina | | | | $6,958 |

Policy No. WA1-15D-214093-011

GPO 2923
Ed. 01/01/2001

WC 00 00 01 A

Item 4. Premium - Extension  Information Page 

| Classification of Operations | Class Code | Premium Basis<br>Payroll - Unless otherwise indicated<br>a) Flat Charge<br>b) Per Capita<br>c) Passenger Seat<br>d) Premium<br>e) Other | Rate<br>Payroll<br>Per $100 | Estimated Premium |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | | | | |
| **South Carolina** | | | | |
| Period: 01/01/2001 - 06/04/2001<br>(Rating Date: 01/01/2001) | | | | |
| Clerical Office Employees NOC | 8810 | 5,569 | .32 | 18 |
| Buildings - Operation By Owner or | 9015 | 2,067 | 4.78 | 99 |
| Firm: All Other Employees | | | | |
| Lessee or Real Estate Management | | | | |
| Manual Premium | | | | $117 |
| Large Deductible Credit | 9664 | | .611 | (71) |
| Experience Modification (.93 CNTG) | 9898 | d) 46 | | (3) |
| Modified Premium | | | | $43 |
| Standard Premium | | | | $43 |
| Estimated Premium | | | | $43 |
| Period: 06/04/2001 - 01/01/2002<br>(Rating Date: 01/01/2001) | | | | |
| Clerical Office Employees NOC | 8810 | 7,631 | .32 | 24 |
| Buildings - Operation By Owner or | 9015 | 2,833 | 4.78 | 135 |
| Firm: All Other Employees | | | | |
| or Real Estate Management Firm: | | | | |
| Manual Premium | | | | $159 |
| Large Deductible Credit | 9664 | | .611 | (97) |
| Experience Modification (.96 CNTG) | 9898 | d) 62 | | (2) |
| Modified Premium | | | | $60 |
| Standard Premium | | | | $60 |
| Estimated Premium | | | | $60 |
| Total Premium for South Carolina | | | | $103 |

Policy No. WA1-15D-214093-011

GPO 2923
Ed. 01/01/2001

Page No. 1

WC 00 00 01 A



## PREMIUM DUE DATE ENDORSEMENT

Section D of Part Five of the policy is replaced by this provision:

### PART FIVE
### PREMIUM

D. **Premium** is amended to read:
You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid. **The due date for audit and retrospective premiums is the date of the billing.**

APPLICABLE IN AL ONLY

This endorsement is executed by the Liberty Mutual Insurance Company                15628

Premium $

Effective Date                     Expiration Date

For attachment to Policy No. WA1-15D-214093-011

Countersigned by_____
                                    Authorized Representative

                                    End. Serial No. 19

**WC 00 04 19**
Page 1
Ed. 1/2001

© 2000 National Council on Compensation Insurance, Inc.

## MISCELLANEOUS CHANGE ENDORSEMENT

It is agreed that with respect to any box marked by (x) the information page of the policy is changed to read:
Item 3. Coverage

☐ A. WORKERS COMPENSATION INSURANCE: PART ONE

☐ B. LIMITS OF LIABILITY: PART TWO

| Bodily Injury | Bodily Injury | Bodily Injury |
| by Accident | by Disease | by Disease |
| Each Accident $ | Each Employee $ | Policy Limit $ |

☐ C. OTHER STATES INSURANCE PART THREE
ALL STATES EXCEPT THOSE EXCLUDED IN ITEM 3.C OF THE INFORMATION PAGE
AND EXCLUDING THE STATES OF:

☐ Item 4. The Schedule in Item 4 of the Information Page is amended as follows:

| Classification of Operations | Code No. | Premium Basis Estimated Total Annual Remuneration | Rates Per $100 of Remuneration | Estimated Annual Premiums |
|---|---|---|---|---|
| Revised Payroll for the State of FL | | | | |
| See attached GPD 2923 | | | | |

| Experience Modification: | Premium |
|---|---|

☐ Minimum Premium
☐ Adjustment of premium shall be made:        ☐ Periodic Payment
☐ This is a Three Year Fixed Rate Policy

This endorsement is executed by the   Liberty Mutual Insurance Company              15628

Premium
Endorsement Effective Date 01/01/2001      Expiration Date  01/01/2002
Policy Effective Date 01/01/2001           Expiration Date  01/01/2002
For attachment to Policy No. WA1-15D-214093-011      32/0
Audit Basis 1          5-214093 /
Issued To  Royal American Management Inc
           and as per Named Insured Endorsement #1

           PO Box 59117
           Panama City, FL 32412-0117

                    Issued   DAS
                             06/27/2001    Countersigned by...................................................
                                                                    Authorized Representative

1

| | SALES OFFICE | CODE | SALES REPRESENTATIVE | CODE | N/R | 1ST YEAR | END. SERIAL NO. |
|---|---|---|---|---|---|---|---|
| WC 99 06 04 (ABLE) | JACKSONVILLE, F | 538 | CARNES | 7759 | 2 | 1999 | 20 |

Printed in U.S.A.

Item 4. Premium - Extension of Information Page

| Classification of Operations<br>Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | Class Code | Premium Basis<br>Payroll  Unless otherwise indicated<br>a) Flat Charge<br>b) Per Capita<br>c) Passenger Seat<br>d) Premium<br>e) Other | Rate<br>Payroll Per $100 | Estimated Premium |
|---|---|---|---|---|
| **Florida** | | | | |
| **Period: 01/01/2001 - 06/04/2001**<br>(Rating Date: 01/01/2001) | | | | |
| **Panama City: 1002 W. 23rd Street 32402** | | | | |
| Farm: Field Crops & Drivers | 0037 | 39,871 | 16.34 | 6,515 |
| Domestic Workers - Outside - Including Private Chauffeurs | 0912 b) | 1.00 | 685.00 | 289 |
| Domestic Workers - Inside | 0913 b) | 6.00 | 610.00 | 1,544 |
| Contractor - Executive Supervisor or Construction Superintendent | 5606 | 325,299 | 4.76 | 15,484 |
| Carpentry - Dwellings - Three Stories or Less | 5651 | 107,378 | 30.50 | 32,750 |
| Excavation & Drivers | 6217 | 683,127 | 14.27 | 97,482 |
| Drivers, Chauffeurs & Their Helpers NOC - Commercial | 7380 | 79,321 | 12.96 | 10,280 |
| Aircraft or Helicopter Operation: Transportation of Personnel In Conduct of Employer's Business: Flying Crew | 7421 | 65,819 | 4.71 | 3,100 |
| Store: Retail NOC | 8017 | 19,746 | 3.29 | 650 |
| Automobile Service or Repair Center & Drivers | 8380 | 45,525 | 6.99 | 3,182 |
| Salespersons, Collectors or Messengers - Outside | 8742 | 1,054,795 | 1.10 | 11,603 |
| Clerical Office Employees NOC | 8810 | 1,425,238 | .59 | 8,409 |
| Building Operation By Owner, Lessee, or Real Estate Management Firm: Professional Employees, Property Managers and Leasing Agents & Clerical, Salespersons | 9012 | 1,872,471 | 1.26 | 23,593 |
| Buildings - Operation By Owner or Lessee or Real Estate Management Firm: All Other Employees | 9015 | 2,141,233 | 9.07 | 194,210 |
| Hotel: All Other Employees & Salespersons, Drivers | 9052 | 1,969,512 | 6.91 | 136,093 |
| Hotel: Restaurant Employees | 9058 | 354,411 | 5.02 | 17,791 |
| Club - Country, Golf, Fishing or Yacht - & Clerical | 9060 | 144,676 | 4.57 | 6,612 |
| Restaurant NOC | 9082 | 1,668,685 | 4.99 | 83,267 |
| Bar, Discotheque, Lounge, Night Club or Tavern | 9084 | 60,756 | 5.46 | 3,317 |

Policy No. WA1-15D-214093-011

GPO 2923
Ed. 01/01/2001

Page No. 1

WC 00 00 01 A

Item 4. Premium - Extension of Information Page

| Classification of Operations | | Premium Basis | Rate | |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | Class Code | Payroll · Unless otherwise indicated a) Flat Charge b) Per Capita c) Passenger Seat d) Premium e) Other. | Payroll · Per $100 | Estimated Premium |
| Stories or Less | | | | |
| Florida | | | | |
| Period: 01/01/2001 · 06/04/2001 (Rating Date: 01/01/2001) | | | | |
| Concrete Construction NOC | 5213 | 54,849 | 33.02 | 18,111 |
| *Subject to* *Longshore And Harbor Workers'* *Compensation Act Endorsement* | | | | |
| Concrete Construction NOC | 5213 | 21,518 | 131.42 | 28,279 |
| Carpentry · Dwellings · Three & Drivers | 5651 | 8,438 | 121.39 | 10,243 |
| Pile Driving & Drivers | 6003 | 6,751 | 248.87 | 16,801 |
| Sewer Construction · All Operations | 6306 | 4,219 | 70.49 | 2,974 |
| Messengers · Outside Excavation & Drivers | 6217 | If Any | 56.79 | 0 |
| *Subject to* *Voluntary Compensation Endorsement* | | | | |
| Salespersons, Collectors or Program | 8742 | If Any | 1.10 | 0 |
| Manual Premium | | | | $732,579 |
| Waiver of Subrogation Premium | 0930 | | | 105 |
| Large Deductible Credit | 9664 | | .68 | (498,225) |
| Employer Safety Premium Credit Program | 9765 | | .02 | (4,689) |
| Drug Free Workplace Premium Credit Including Private Chauffeurs | 9841 | | .05 | (11,483) |
| Experience Modification (.93 CNTG) | 9898 | d) 218,287 | | (15,280) |
| Modified Premium | | | | $203,007 |
| Standard Premium | | | | $203,007 |
| Estimated Premium | | | | $203,007 |

Policy No. WA1-15D-214093-011

Page No. 1

GPO 2923
Ed. 01/01/2001

WC 00 00 01 A

Item 4. Premium - Extension of Information Page

| Classification of Operations | Class Code | Premium Basis<br>Payroll - Unless otherwise indicated<br>a) Flat Charge<br>b) Per Capita<br>c) Passenger Seat<br>d) Premium<br>e) Other | Rate<br>Payroll<br>Per $100 | Estimated Premium |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | | | | |
| Construction Superintendent | | | | |
| Florida | | | | |
| Period: 06/04/2001 - 01/01/2002<br>(Rating Date: 01/01/2001) | | | | |
| Panama City: 1002 W. 23rd Street 32402 | | | | |
| Farm: Field Crops & Drivers | 0037 | 54,629 | 16.34 | 8,926 |
| Domestic Workers - Outside - | 0912 b) | 1.00 | 685.00 | 396 |
| Stories or Less | | | | |
| Domestic Workers - Inside | 0913 b) | 6.00 | 610.00 | 2,116 |
| Contractor - Executive Supervisor or | 5606 | 445,701 | 4.76 | 21,215 |
| NOC - Commercial | | | | |
| Carpentry - Dwellings - Three | 5651 | 147,122 | 30.50 | 44,872 |
| Transportation of Personnel In | | | | |
| Excavation & Drivers | 6217 | 935,973 | 14.27 | 133,563 |
| Drivers, Chauffeurs & Their Helpers | 7380 | 108,679 | 12.96 | 14,085 |
| Conduct of Employer's Business: | | | | |
| Aircraft or Helicopter Operation: | 7421 | 90,181 | 4.71 | 4,248 |
| Flying Crew | | | | |
| & Drivers | | | | |
| Messengers - Outside | | | | |
| Store: Retail NOC | 8017 | 27,054 | 3.29 | 890 |
| Automobile Service or Repair Center | 8380 | 62,375 | 6.99 | 4,360 |
| or Real Estate Management Firm: | | | | |
| Salespersons, Collectors or | 8742 | 1,445,205 | 1.10 | 15,897 |
| Professional Employees, Property | | | | |
| Clerical Office Employees NOC | 8810 | 1,952,762 | .59 | 11,521 |
| Building Operation By Owner, Lessee, | 9012 | 2,565,529 | 1.26 | 32,326 |
| Managers and Leasing Agents & | | | | |
| Clerical, Salespersons | | | | |
| Lessee or Real Estate Management | | | | |
| Firm: All Other Employees | | | | |
| Buildings - Operation By Owner or | 9015 | 2,933,767 | 9.07 | 266,093 |
| Salespersons, Drivers | | | | |
| Yacht - & Clerical | | | | |
| Hotel: All Other Employees & | 9052 | 2,698,488 | 6.91 | 186,466 |
| or Tavern | | | | |
| Hotel: Restaurant Employees | 9058 | 485,589 | 5.02 | 24,377 |
| Club - Country, Golf, Fishing or | 9060 | 198,224 | 4.57 | 9,059 |
| Stories or Less | | | | |
| Restaurant NOC | 9082 | 2,286,315 | 4.99 | 114,087 |

Policy No. WA1-15D-214093-011

Page No. 1

GPO 2923
Ed. 01/01/2001

WC 00 00 01 A

Item 4. Premium · Extension of Information Page

| Classification of Operations | Class Code | Premium Basis<br>Payroll · Unless<br>otherwise indicated<br>a) Flat Charge<br>b) Per Capita<br>c) Passenger Seat<br>d) Premium<br>e) Other | Rate<br>Payroll·<br>Per $100 | Estimated Premium |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | | | | |
| & Drivers | | | | |
| Florida | | | | |
| Period: 06/04/2001 · 01/01/2002<br>(Rating Date: 01/01/2001) | | | | |
| Bar, Discotheque, Lounge, Night Club | 9084 | 83,244 | 5.46 | 4,545 |
| Messengers · Outside | | | | |
| Concrete Construction NOC | 5213 | 75,151 | 33.02 | 24,815 |
| Subject to | | | | |
| Longshore And Harbor Workers'<br>Compensation Act Endorsement | | | | |
| Concrete Construction NOC | 5213 | 29,482 | 131.42 | 38,745 |
| Carpentry · Dwellings · Three | 5651 | 11,562 | 121.39 | 14,035 |
| Program | | | | |
| Pile Driving & Drivers | 6003 | 9,249 | 248.87 | 23,018 |
| Sewer Construction · All Operations | 6306 | 5,781 | 70.49 | 4,075 |
| Excavation & Drivers | 6217 | If Any | 56.79 | 0 |
| Subject to | | | | |
| Voluntary Compensation Endorsement | | | | |
| Salespersons, Collectors or | 8742 | If Any | 1.10 | 0 |
| Manual Premium | | | | $1,003,730 |
| Waiver of Subrogation Premium | 0930 | | | 145 |
| Large Deductible Credit | 9664 | | .68 | (682,635) |
| Employer Safety Premium Credit Program | 9765 | | .02 | (6,425) |
| Drug Free Workplace Premium Credit | 9841 | | .05 | (15,734) |
| Experience Modification (.96 CNTG) | 9898 |d) | 299,081 | | (11,963) |
| Modified Premium | | | | $287,118 |
| Standard Premium | | | | $287,118 |
| Estimated Premium | | | | $287,118 |
| Total Premium for Florida | | | | $490,125 |

Policy No. WA1-15D-214093-011

Page No. 1

GPO 2923
Ed. 01/01/2001

WC 00 00 01 A