IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LIBERTY MUTUAL INSURANCE COMPANY,

    Plaintiff,

vs.                                                     CASE NO. 5:10cv334/RS-EMT

ROYAL AMERICAN MANAGEMENT,
INC.; PEOPLE'S FIRST PROPERTIES,
INC., ROYAL AMERICAN CONSTRUCTION
COMPANY, INC.; ROYAL AMERICAN
CONSTRUCTION OF NC, INC.; ROYAL
AMERICAN DEVELOPMENT, INC.; ROYAL
AMERICAN HOSPITALITY, INC.; RAFS
OF PANAMA CITY, INC.; ROYAL
AMERICAN FOOD SERVICES, INC.;
BEACH LIQUORS OF PANAMA CITY,
INC.; FIRST SERVICE CORPORATION OF
PANAMA CITY, INC.; and FIRST LINKS, INC.

    Defendants.
_____/

## ORDER

The relief requested by Defendants' Motion For Relief From Court's Pretrial Order (Doc. 29) is **granted**.

**ORDERED** on April 11, 2011.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**