IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**LIBERTY MUTUAL INS. CO.,**

    **Plaintiff,**

vs.                                     **CASE NO. 5:10-cv-334/RS-GRJ**

**ROYAL AMERICAN MGMT.
INC., et al.,**

    **Defendants.**
_____/

## ORDER

The relief requested in the Agreed Rule Motion to Enlarge the Time to Respond to Plaintiff's Motion for Summary Judgment and Motion to Modify the Court's Scheduling Order (Doc. 33) is **GRANTED**.

Defendants shall, not later than August 28, 2011, respond to Plaintiff's Motion for Summary Judgment (Doc. 31). The witness disclosure time limits are modified according to the terms of the motion.

**ORDERED** on June 14, 2011.

                                                        /S/ Richard Smoak
                                                        **RICHARD SMOAK
                                                        UNITED STATES DISTRICT JUDGE**