## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**LIBERTY MUTUAL INS. CO.,**

    **Plaintiff,**

**vs.**                                                              **CASE NO. 5:10-cv-334/RS-GRJ**

**ROYAL AMERICAN MGMT. INC.,**
**et al.,**

    **Defendant.**

_____/

## ORDER

    This case involves what one party considers a simple breach of insurance contract. However, the case is not so clear-cut.  The issue of administrative exhaustion is not the only issue which needs to be resolved.  Rather, Defendants have raised sufficient questions in their affirmative defenses to make summary judgment for Plaintiff inappropriate.

    Plaintiff's Motion for Summary Judgment (Doc. 31) is **DENIED**.


**ORDERED** on August 31, 2011.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**