IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**LIBERTY MUTUAL INS. CO.,**

    **Plaintiff,**

vs.                                                       CASE NO. 5:10-cv-334/RS-GRJ

**ROYAL AMERICAN MGMT.
INC., et al.,**

    **Defendants.**
_____/

## ORDER

Before me are the parties post trial briefs (Docs. 55 & 57), Plaintiff's Motion to Strike (Doc. 58), and Defendants' Response (Doc. 59).

Plaintiff first seeks to strike Defendants' contention that Plaintiff owed Defendants a fiduciary duty. Second, Plaintiff seeks to strike what it calls a "new theory of damages" –Defendants' contention that the policy's $300,000 deductible is exceeded by $60,243.90.[1]

The case was tried at bench trial and the parties will not be prejudiced by supplementing the record with evidence of the amounts paid by Defendants towards the deductible. Defendants shall file their argument along with a detailed accounting of what they claim to have paid towards the deducible with relevant documentation not later than December 29, 2011. Plaintiff shall respond in kind not later than January 19, 2012. The

---

[1] Defendants claim that they already paid $165,000 towards Mr. Thomas' claim and by adding the $195,243.90 currently in dispute the $300,000 deductible has been exceeded by $60,243.90.

parties may conduct additional discovery on this limited matter. A hearing may be held should the parties need to present additional evidence.

**ORDERED** on December 8, 2011.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**